GARY E. REBENSTORF
City Attorney
SHARON L. DICKGRAFE
Assistant City Attorney
City Hall – 13th Floor
455 North Main
Wichita, Kansas  67202-1635
(316) 268-4681
FAX:  (316) 268-4335

IN THE UNITED SATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | | |
|---|---|---|
| JAMES R. WALBERT, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Civil Action No. 10-1234-EFM-GLR |
| | ) | |
| WICHITA POLICE DEPARTMENT, | ) | |
| | ) | |
| Defendant. | ) | |
| | ) | |

**MOTION TO DISMISS**

COMES NOW the defendant, Wichita Police Department, by and through its attorney, Sharon L. Dickgrafe, pursuant to Federal Rules of Civil Procedure Rule 12(b)(6), and moves the court for an order dismissing plaintiff's complaint against it for failure to state a claim upon which relief may be granted, as more thoroughly explained in the Memorandum in Support of Defendant's Motion to Dismiss.

WHEREFORE, Defendant respectfully requests that the Plaintiff's Complaint be dismissed.

Respectfully submitted,

/s/ Sharon L. Dickgrafe
Sharon L. Dickgrafe, #14071

## CERTIFICATE OF SERVICE

I hereby certify that on this 20th day of August, 2010, I presented the foregoing to the clerk of the court for filing and uploading to the CM/ECF system, which will send a notice of electronic filing to the following:

Any party or counsel who has entered an appearance,

and that I served a true and correct copy of the above and foregoing on James R. Walbert by placing the same in the United States Mail, postage prepaid and properly addressed to James R. Walbert, 330 S. Tyler, #605, Wichita, Kansas 67209.

/s/ Sharon L. Dickgrafe
Sharon L. Dickgrafe
Attorney for Defendant City of Wichita
OFFICE OF THE CITY ATTORNEY
455 N. Main – 13th Floor
Wichita, Kansas 67202-1635
Phone: (316) 268-4681
Fax: (316) 268-4335
Email: sdickgrafe@wichita.gov