FILED
U.S. DISTRICT COURT
In The United States District Court DISTRICT OF KANSAS

For The District of ~~Sedgwick County~~ Kansas

'10  SEP -7  P1 :03

CLERK, U.S. DISTRICT COURT
BY_____ DEPUTY CLERK
AT WICHITA, KS

Civil Action No. 10-1234-EFM-GLR

James R. Walbert
330 S. Tyler 605
Wichita Ks, 67209

    Vs

Wichita Police Dept.
455 N Main St.
Wichita Ks 67202

## Motion of Continuation and Order
### For Complaint and Jury Demand

Plaintiff request's a motion of Continuation and Order in this matter
pursuant to the following claims as outlined by Plaintiff. For these stated
reasons the Plaintiff prays for Continuation and Order of such matter's
of the courts.

## Arguments and Demands

1) For Plaintiff has proven to the courts that this crime report to the Defendant is validated in the case of 08-DM-8647. In which case, said courts issued an order of protection upon such evidence that has been submitted to the said courts for this order to be implemented.

   Date of issue is as stated to be on Dec 30 2008 as the said courts had demanded of the Defendant to uphold Defendants own protocol and demands of said courts as is stated in case 08-DM-8647.

   a) Plaintiff prays to the courts for the Motion of Continuation of this matter. For the Plaintiff has proven to the courts that a criminal act is occurring and no protocol by the Defendant has been taken. As for the inaction of Defendant, the Plaintiff continues to suffer and sustain loss.

   b) It is stated and outlined in the order of protection as issued by the Sedgwick County District Courts. As stated in this order of issue, that the Defendant is to uphold protocol of the laws and the demands of the courts as to restricting the Defendant of case (08-DM-8647,) against the use of said technologies to commit such crime's against the Plaintiff, as is stated in case 08-DM-8647. Defendant of (08-DM-8647) continues to commit such crimes against Plaintiff due to the facts of Defendants Negligence to uphold protocol of law. For this failure Plaintiff prays of the courts to allow Continuation of such matters against the Defendant be allowed.

## Conclusion

   1) Defendants counsel has failed to establish non-compliance of K.S.A 12-105b. As Defendants counsel asked of the courts to recognize this failure of the Plaintiff while seeking a motion for dismissal under this same claim by the Defendants counsel.

   a) For the Plaintiff has issued a document to the Defendant giving legal notice of such claims and pursuance of this action against their Dept. See exhibit A (Letters of report made to the Defendant justifying criminal action's are been committed against the Plaintiff. To the facts of such issued documents of notice to the Defendant as in the produced warning violation letter to Defendant.  As mailed upon the day of Jan7 2009) to Defendant at 455 N. Main St Wichita Ks. 67202.Plaintiff will also issue letter's from Officer Birdwell of the Wichita Police

Dept. acknowledging this crime.  Stating "it would be a good idea to obtain an order of protection to stop further harassment" of the Defendant in case 08-DM-8647.
Still to date no action's has or have been taken by Defendant to alleviate this criminal action against Plaintiff even though the court's have demanded for the enforcement of stated demand's outlined in the protection order of case 08-DM-8647 to uphold such protocol of K.S.A. 21-348. Defendant has failed to enforce such laws.

b) Electronic letters those are and were issued stating this notice for the non-compliance of Defendants own protocol.  As well as the demanded protocol by the said courts of issuances.  Of such order of the said courts.  To date still no action had or has been taken by the Defendant to uphold Defendants own protocol, as well as the protocol of the said courts of the issuing of such orders and demand's for protocol to be upheld within the scope of such demands of said courts of issuance.

2) Defendants counsel has failed to establish just cause as to the following. For such claims of the Defendants counsel has stated as to the Plaintiff's inaction to comply with 42 USC 1985. While Defendants counsel seeks dismissal under these claims of failure of the Plaintiff. While the Plaintiff prays for the Continuance of Complaint and Demand of this matter in the courts be allowed to continue without consideration of dismissal of Defendants counsel.

a) The Plaintiff has established such damages as a claim to the Defendants inaction to uphold protocol as demanded by said courts. Defendant's counsel has failed to prove to the courts that such evidence does not exist. While asking of the courts for this dismissal of the matter under those pretences of the claims of the Defendants counsel. Please see Exhibit B (Letters of damages Diagnosed by Dr.Staninger of the Intergraded Health Systems L.A. Calif. Dr. Fernandez of the Hunter Health Clinic of Wichita Ks. Dr. Whitney Van Zant of Wichita Ks.  Of Plaintiff that has been and continues to be

sustained as a result of Defendants Negligence to uphold demanded protocol.) As to the reports of such doing's of the Defendant for case (08-DM-8647), has and have been made to the Defendant of said doings within the violation of issued protection order.  Defendant has and continues to stay negligent in this matter before the courts allowing Defendant of case 08-DM-8647 to continue at will to subject the Plaintiff to very unusual doings and abuses against the Plaintiff. Plaintiff is a holder of Intellectual Properties. Due to the Defendants Negligence to uphold demanded protocol these properties have and continue to be damaged.

b) Plaintiff shall submit such issuing to the courts. Please notice Exhibit C, (Complaints, Invention, Patents and contracts with multiple investors). Which have and continue to suffer loss of said properties due to the Defendants negligence to uphold demanded protocol as demanded of Defendants by said courts.

c) Plaintiff will submit to the courts evidence that will compel the courts for the matter of Continuance of actions against the Defendant for failure to uphold demanded protocol and the enforcement of issued protection order. This will further establish discriminating accusations by the Defendant of Plaintiffs state of mind.  Due to the facts of the Defendants judgment of Plaintiffs state of mind, Defendant has refused to uphold such orders of the said courts. Even when Plaintiff has proven to Defendant Plaintiff is of sound mind. The Defendant's instead ridiculed plaintiff's state of mind and has taken false reports and has avoided the enforcement of the order of protection, due to this discrimination of Plaintiffs state of mind. (Please see Exhibit D letters of issue of Clinical Psychologist Cathy Meadows) For this reason of discrimination of Plaintiff. Plaintiff prays of the court to allow this matter to be pursued in the courts for such stated Negligence of Defendant and Discrimination of plaintiff's state of mind. These claims of this action of the Defendant are found in the outlandish reports that are and were taken by employees of the Defendant.

d) Due to the actions and defamatory judgments of the Defendants, Plaintiffs prays for the court to allow a

Continuance of such matter's in the Complaint and Demand of the courts of which were filed against the Defendant.

e) Even to the facts of requests of private detectives for the assistance of the Defendants ability to enforce such orders of said courts, Defendant has still stayed Negligent in this matter before the courts. Please see exhibit E (Letters for assistance of Defendant for the enforcement of said court orders as are issued by Melinda Kidder LPI).

3) Defendants counsel has failed to prove to the courts that such evidence exists to not pursue action against the Defendants under 42 U.S.C sec 1986. While Defendants counsel ask for dismissal of the matter sighting failure of Plaintiff. Under 42 U.S.C. sec 1986.

a) Plaintiff will prove to the courts the allegation of such pursuance under 42 U.S.C 1986 against Defendant upon the filing of Complaint and Demand against the Defendant exists.

b) Plaintiff has issued to Defendant documents that are consistent with the reporting of a creditable crime occurring against the Plaintiff. In the case of the violation of issued order of said courts order to uphold such enforcement of stated orders of said courts. In which case this is pursuant under 42 U.S.C.-1986. Please see Exhibit F (reports by Plaintiff to Defendant to enforce such orders issued by said court.) As to date no action to uphold the demanded protocol by the said courts has and or have been taken by Defendant. For this reason of the inactions of the Defendant, Plaintiff prays of the courts to allow this motion of Continuance against the Defendant to be allowed.

c) Plaintiff prays for the Continuation of this matter in the courts. Plaintiff asks of the courts to consider the above to be consistent with Plaintiffs request to dispose of this motion to dismiss by the Defendant counsel and enact the Complaint and Demand that is filed against Defendant be allowed.

d) Plaintiff will submit such orders made by the FBI of Washington D.C. Field offices to have the Defendant pursue this report to their office (sighting jurisdiction) is that of the

Defendants responsibility to enforce such orders of said courts. Even under such demand of a Federal Agency, Defendant has still stayed negligent as to the enforcement of stated orders of said courts. Please see Exhibit G (documents issued by Washington D.C. Field office stating to report this crime to Defendant).

e) Due to this failure of Defendants counsel to prove to the courts such evidence exists of Plaintiff's failure to comply with 42 U.S.C 1986, Plaintiff ask the courts to consider the above in this matter and allow continuation of such matter's remain in the courts without consideration for Defendants dismissal request of the courts. Plaintiff prays of the courts to consider the above to be a violation of 42 U.S.C. 1986, Therefore allowing pursuance of Plaintiff's filing to be granted against the Defendant as was filed in the Complaint and Demand that is filed against the Defendant. For if such upholding of protocol by the Defendant as demanded by said courts to uphold such protocol had been taken by Defendant Plaintiff feels that this Intellectual Properties would not have been damaged. As well as to the facts of sustained Medical Damages and Medical financial compensation under the 18 U.S.C. sec.

## Prayer To The Courts

Plaintiff prayer to the courts for the allowance of the Complaint and Demand to continue to be pursued as filed by Plaintiff. Plaintiff asks of the courts for the above mentioned to be considered to be enough presented to the courts to compel the courts to not allow the action of Dismissal of Complaint and Demand action requested of the courts by Defendant's counsel.

Jane Wallet

9-7-10

# Exhibit A

| Form **COL** | **Violation Warning** **Denial of Rights Under Color of Law** | |
|---|---|---|
| | ▶ Violation Warning—18 U.S.C. §242; 18 U.S.C. §245; 42 U.S.C. §1983 | |

Name and address of Citizen
James Welbert
530 S Tyler 605
Wichita, KS 67209

Name and address of Notice Recipient
Wichita, Police Dept.
455 main st
Wichita, KS 67202

Citizen's statement:
I have made a number of Reports of this crime and
nothing has been done fo- several years now

I certify that the forgoing information stated here is true and correct.
**Citizen's signature**

▶ ~~James Welbert~~                          Date ▶ 1-7-09

## Legal Notice and Warning

**Federal law provides that it is a crime to violate the Rights of a citizen under the color-of-law. You can be arrested for this crime and you can also be held personally liable for civil damages.**

Attempting to cause a person to do something by telling that person that such action is required by law, when it is not required by law, may be a felony.

18 USC §242 provides that whoever, under color of any law, statute, ordinance, regulation, or custom, willfully subjects any person in any State, Territory, Commonwealth, Possession, or District to the deprivation of any rights, privileges, or immunities secured or protected by the Constitution or laws of the United States ... shall be fined under this title or imprisoned not more than one year, or both.

18 USC §245 provided that Whoever, whether or not acting under color of law, intimidates or interferes with any person from participating in or enjoying any benefit, service, privilege, program, facility, or activity provided or administered by the United States; [or] applying for or enjoying employment, or any perquisite thereof, by any agency of the United States; shall be fined under this title, or imprisoned not more than one year, or both.

42 USC §1983 provides that every person who, under color of any statute, ordinance, regulation, custom, or usage, of any State or Territory or the District of Columbia, subjects, or causes to be subjected, any citizen of the United States or other person within the jurisdiction thereof to the deprivation of any rights, privileges, or immunities secured by the Constitution and laws, shall be liable to the party injured in an action at law, suit in equity, or other proper proceeding for redress.

**Warning**, you may be in violation of Federal Law and persisting with your demand may lead to your arrest and/or civil damages! Also understand that the law provides that you can be held personally responsible and liable, as well as your company or agency.

You are advised to cease and desist with your demand and to seek personal legal counsel if you do not understand the law.

**Notice of Service:**
I, James Welbert _____ certify that I personally delivered this notice to above named recipient
and address on  1-7-09 _____ at _____.

Public Domain—Privacy Form COL(01)

# Exhibit B

February 5, 2010

RE:   Mr. James Walbert's, Removal of Foreign Bodies

TO WHOM IT MAY CONCERN:

Mr. James Walbert is a patient of mine for Industrial Toxicological mechanisms as associated with his exposure to a specific foreign body material.   This letter is to be used in conjunction with his medical support reports that I have previously authored. My reports and findings were based on review of previous medical records/reports and advanced biological monitoring test results conducted through Integrative Health Systems, LLC.

It is of a severe medical necessity, that Mr. Walbert has these particular foreign bodies removed. The foreign bodies are composed of an implantable self powered piezoelectric generator (generates 288 MHz) that is interfering with his normal muscle stimulation and severe overstimulation of site specific muscle contractions, which interferes with his normal life and work activities.  The advanced nano piezoelectrical devices also create an electromagnetic field that causes area cellular degradation, which will lead to increased malondialdehyde production and its 22 sub-metabolites.  These compounds are the chemical initiators of various forms of cancers and other chronic diseases.

Piezoelectrical implantable generators supersedes previous muscle implantable generators, because of their limitations as power systems for muscle contractions.   The over stimulation from piezoelectric micro/nano foreign bodies will cause Mr. Walbert's plasma membrane protein to form anchors for glycophorin "oxtyl glycosides" within the skeletal muscles and membrane vesicles on the surface where any previous bacterial, fungal, or viral residue may have lodged within his neurological system (Ex. Childhood chicken pox, measles or exposure to contaminant SV 40 (Simian Virus 40 -45) from polio vaccines as a child).  As the anchoring effect occurs a magnification of the neuro electrical output from his bodies nervous system will be enhanced over 100% and cause internal electrical shock stimulations to his muscles.

These oxtyl glycosides are also associated with new clinical data from China their association with multiple sclerosis and muscular dystrophy.  Therefore, if Mr. Walbert's muscles (through the overstimulation of the piezoelectric generators) cause the production of oxty glycosides, he will be at an increased risk to these diseases.

If you should have any further questions or concerns, please do not hesitate to contact me.

Sincerely,
INTEGRATIVE HEALTH SYSTEMS, LLC

Dr. Hildegarde Staninger, RIET-1
Industrial Toxicologist/IH & Doctor of Integrative Medicine
Cc:  Mr. James Walbert and Ms. Melinda Kidder, LPI

Ref:
NASA Glen Research Center for Feasibility of an Implantable Stimulted Muscle Powered
Piezoelectric Generator (www.NASA.gov)

6 30605
JJ F

# HISTORY AND PHYSICAL EXAMINATION

PATIENT:    JAMES R WALBERT                    DATE: 03/01/2010
DOB:

James Walbert is a 39-year-old male who expressed a concern about the possibility of there being some type of microchip in his body. In my conversation with him in the office, he seemed appropriate, well oriented and extremely knowledgeable about the technology in question. Before getting an MRI scan performed, he had seen a private investigative agency in Florida, the William J. Taylor Agency. This agency had performed a frequency scan of the subject and viewed him with an infrared scope. Their findings suggested some type of electronic device in his right upper back area. In medical terminology, this is called the right trapezius muscle region. The positive frequency scan prompted Mr. Walbert to have an MRI performed of his head, neck and upper back area. This was read by Dr. John Hall in San Antonio, Texas. The MRI was remarkable, as there was a C5-6 neuroforaminal stenosis and a foreign body in the right trapezius muscle. This foreign body was capsular in shape and appeared on one cross-sectional view. Mr. Walbert was also noted to have some subcutaneous fascial disruption at the site of the foreign body. It was Dr. Hall's impression that the foreign body was consistent in shape and form with implantable chips used by veterinarians. The fascial disruption could be consistent with a large bore device used to inject these implantable chips. It was Dr. Hall's recommendation that a needle localization be performed for this chip and that indeed the foreign body be removed surgically. Dr. Hall did recommend that either x-ray or ultrasound be used of a suspected area for chip placement and would be the most effective way to locate covertly placed chips.

Mr. Walbert was also seen by Integrative Health Systems, LLC by Dr. Hildegarde Staninger, RIET-1 Industrial Toxicologist/IH and Doctor of Integrative Medicine. I also received some correspondence from Melinda Kidder, owner of Columbia Investigations, who was convinced that there was evidence that implantable devices were placed on Mr. Walbert and that these were used to monitor and to actively interfere with physiological functions.

Mr. Walbert came to my office on 03/01/2010 requesting that I remove the implantable object in his trapezius muscle.

ALLERGIES:      Penicillin.

MEDICATION:     He does not list any medications. N. O. Fernandez, M. d.

OPERATIONS:     He does not list any prior surgery.

MEDICAL HX:     No serious adult illnesses.

SOCIAL HX:      Single, is a maintenance technician. She smokes less than 1 pack per day. He drinks alcohol socially.

REVIEW OF SYSTEMS:

CONFIDENTIAL

General:          Negative.
Skin/Breast:      Negative.
HEENT:            Negative.
Heart:            Negative.
Lungs             Negative.
Lymph/Blood:      Negative.
Muscle/Bone:      Negative.
GI:               Heartburn.
Reproductive:     Negative.
Nervous:          Nervous system problems.
Emotional:        Negative.

PHYSICAL EXAMINATION:
General:      A healthy appearing 39-year-old male.
Vitals: Normal.
Neck:         No mass.
Lungs:        Clear.
Heart: Normal sinus rhythm.
Abdomen:      Soft and flat, nontender. No mass. Bowel sounds are normal.
Extremities:  Good pulses. Examination of the right trapezius area demonstrated 2 small
              marks on his right posterior upper back. There was no palpable mass.

PLAN:         I explained to Mr. Walbert that prior to any decision about removing chips I
              would need to review Mr. Walbert's MRI with a radiologist. If it was feasible to
              place a needle or wire and localize this area, I believe that the suspected
              foreign body could be removed surgically. I made no guarantees with Mr.
              Walbert and have asked him to allow us time to review his MRI and plan any
              possible surgery.

*Whitney L. VinZant M.D*

Whitney L. VinZant, M.D., FACS/pt D:  03/01/2010        T:  03/03/2010

cc:    Hector Fernandez, M.D.

*H. O. Fernandez, M. D.*

CONFIDENTIAL

# Exhibit C

## ASSIGNMENT OF RIGHTS

I, James Walbert, an individual of legal age whose mailing address is 1065snohomish ave, Worthington, Ohio 43085, for good and valuable cash consideration, the receipt and sufficiency of which is hereby acknowledged, do hereby grant, assign and convey to the individuals listed below (collectively, "Assignees"), an undivided Fifteen Percent (15%) interest in and to my invention for a Kleen Kan container closure as identified in United States Disclosure Document No. 563064, submitted September 15, 2004, and in and to the invention disclosed in the C.A.D. drawing dated 10/26/04, copies of which are attached hereto and made a part hereof, and in and to all future improvements to said invention, and in and to any domestic or foreign patent application filed on said invention or improvement, and in and to any patent issued on any said application throughout the world, and any continuation, continuation-in-part, reexamination or reissue thereof, and in and to all income or benefits of any kind received from the sale, licensing or other commercial use or development of said invention or patent rights, and in and to all rights of recovery and recoveries against any infringer. The undivided Fifteen Percent (15%) shall be further allocated to the listed individuals as follows

| | |
|---|---|
| Lane Smith and Susan Smith, jointly<br>520 S. Pine<br>Pratt, KS 67124 | 7.5% |
| Chris P. Branch and Dana Branch, jointly<br>508 N. Stever<br>Ulysses, KS 67880 | 2.5% |
| Kristen Smith & Gabriel Garza, jointly<br>7752 N. College Circle, Apt. B<br>North Richland Hills, TX 76180 | 2.5% |
| Shannon L. Neptune, individually<br>7604 Terry Drive<br>North Richland Hills, TX 76180 | 2.5% |

I, James Walbert, hereby represent to Assignees that I have not previously granted to any other party any interest in said invention or patent rights that is inconsistent with the rights granted herein. Assignees of the rights granted herein shall not be required to incur any future cost or expense in return for, or in exercise of, the rights hereby granted without their express written permission.

KRISTA BEYKE
Notary Public, State of Ohio
My commission expires 01-17-2010

James Walbert

Sworn to me and subscribed by James Walbert on this
19 day of May 2005

Date: 5-19-05

Krista Beyke





## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPL NO | FILING OR 371 (c) DATE | ART UNIT | FIL FEE REC'D | ATTY.DOCKET NO | DRAWINGS | TOT CLMS | IND CLMS |
|---------|------------------------|----------|---------------|----------------|----------|----------|----------|
| 60/702,218 | 07/26/2005 | | 100 | | | 1 | |

**CONFIRMATION NO. 1113**

James Robert Walbert
1378 Worthingtonwoods Blvd
Worthington, OH 43085

**FILING RECEIPT**



*OC000000016729792*

Date Mailed: 08/10/2005

Receipt is acknowledged of this provisional Patent Application. It will not be examined for patentability and will become abandoned not later than twelve months after its filing date. Be sure to provide the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION when inquiring about this application. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please mail to the Commissioner for Patents P.O. Box 1450 Alexandria Va 22313-1450. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections (if appropriate).**

**Applicant(s)**

James Robert Walbert, Worthington, OH;

**Power of Attorney:** None

**If Required, Foreign Filing License Granted:** 08/08/2005

**The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is US60/702,218**

**Projected Publication Date:** None, application is not eligible for pre-grant publication

**Non-Publication Request:** No

**Early Publication Request:** No

**\*\* SMALL ENTITY \*\***

**Title**

Kleen-Kan

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no

Exhibit D

**CMEAD-CONSULTING**
**Interpersonal Relationship and Crisis Consultations**
**1214 Cavalaire Ct.**
**Merced, CA  95348**
**(707) 720-7137**

**WITH REGARDS TO JAMES WALBERT**

After speaking with James Walbert several times, I can't find any true evidence that he has any psychotic or delusional disorders. He is friendly, out-going, self-supporting, and organized, in general. His affect and presentation are normal. His story is that he became a victim of covert harassment and stalking because of an invention he put together that was envied and coveted by another person.

It appears that James may be the victim of covert harassments, stalking, and possible technological assaults, which is a growing problem in today's world of advanced technology. People may suffer covert harassment and stalking for many reasons including reasons of vengeance, greed, jealousy, fear and envy, or for having different spiritual or political ideologies then the norm. Some few of these may have valid claims concerning the use of technological tracking devices actually implanted in the body, especially where money is concerned.

The techniques used against these targeted individuals are purposely designed to make the victim appear to have a mental disorder in order to invalidate any claims of wrongdoing against the perpetrators. It is a highly organized and muti-faceted attack that is used by many political and religious extremists, by corporations and businesses, and even by organized crime.

His reasons for the covert attack and the details he gives about the attack are in sync with what we know about gang-stalking and technological harassment and for this reason I can't rule out his claims.


*Cathy Meadows*
**M.A., Clinical Psychology**

Exhibit E

# Columbia Investigations
## The Investigators with Integrity

The Honorable Judge Terry Pullman
525 N Main St
Wichita KS 67203-3736

Re: Case No: 08-DM-8647

January 28, 2010

Dear Judge Pullman:

I am writing to you at the request of Mr. James Walbert in regard to his restraining order due to electronic harassment and related investigations into the matter.

I am the owner of Columbia Investigations, a licensed and bonded private detective agency. My firm has been retained by Mr. Walbert to assist him in investigating his claims of continuing electronic harassment, physical abuse, and intimidation.

Our investigation into the matter is ongoing. However, I am able to state that I have reviewed all available materials relating to Mr. Walbert's claims and find them to be factual and credible.

Mr. Walbert has been evaluated by licensed physicians, clinicians and mental health professionals. Their findings, which Mr. Walbert will provide the court, provide a wealth of information which should assist the court in making its decision.

All mental health professionals consulted in regard to Mr. Walbert have found him to be of sound mind.

All clinicians and physicians consulted by Mr. Walbert have confirmed the presence of RFID implants on his person through copious medical testing, including an MRI, toxicological testing, telemetric scope and frequency testing and more. These professionals in the fields of medicine and electronic harassment have confirmed the presence of physical trauma related to these implants as well as the locations of the implants themselves.

601 W Worstell Ln, Columbia, MO 65202

Office: 573-445-6636    Mobile: 573-673-2485    Fax: 888-673-2485
Email: columbiasleuth@aol.com Website: www.columbiainvestigator.com

1

Most notable of these professional assessments of Mr. Walbert are those by William Taylor, a recognized expert in the field of Technical Surveillance and Counter Measures (TSCM), Dr. Hildigarde Staninger, industrial toxicologist, and Mr. Walbert's MRI.

These reports show inscrutably that Mr. Walbert has been implanted with devices whose technology allows the perpetrator of implantation to not only monitor Mr. Walbert's location and physiological functions, but to actively interfere with those physiological functions as well. The perpetrator of implantation of Mr. Walbert may use equipment to interact with the implants within Mr. Walbert's body at any given time of the perpetrator's choosing. The implants may be stimulated to cause a variety of reactions within Mr. Walbert's body, causing involuntary, undesirable and harmful physiological reactions. The damage to Mr. Walbert caused by these implants not only includes that from stimulation of the implants by the perpetrator, but also by the toxic nature of the metallurgical makeup of the implants themselves.

Currently, we are working with Mr. Walbert to arrange the removal of these implants. However, due to the technological and physiological ramifications, we are still searching for qualified medical professionals to perform the removal, preserve the evidence, and have the implants properly analyzed once out of his body.

Based on the previously referenced reports and mechanical analysis of the suspected type of implants, it is my professional investigative conclusion that the perpetrator of implantation of Mr. Walbert has been using, and will continue to use, this technology to electronically stalk and harass Mr. Walbert if the judicial system and law enforcement do not intervene.

I, the undersigned individual, do hereby under the penalties of perjury swear that I have written and re-read the contents of this letter and I hereby certify that the statements made therein are factual and accurate to the best of my knowledge.

Respectfully,

Melinda Kidder, Owner
Columbia Investigations

601 W Worstell Ln, Columbia, MO 65202
Office: 573-445-6636    Mobile: 573-673-2485    Fax: 888-673-2485
Email: columbiasleuth@aol.com Website: www.columbiainvestigator.com

2

# Exhibit F

jimi letter 1
From: james walbert <inventor0207@yahoo.com>
Date: November 3, 2009 10:20:36 AM CST
To: Louise  chief of staff Jim Guest <takebackamerica@msn.com>,
Jim.Guest@house.mo.gov, guestrealid@yahoo.com, jimoguest@msn.com,
NWilliams@wichita.gov
Subject: Chief Norman Williams

Chief Norman Williams,

This is James Walbert
    I am showing this to your dept , this order of protection that was implemented
on the day of 12-30-08 since this has been granted the person that this order is
against has been in direct violation of this order. Here is the case number
08DM8647. I have the following order of my own to imply. I also have a doctors
release covering all the bases here.

    Below are letters from your Officers telling myself to report this crime to your
dept. and to date nothing has been done thus far. I am sending a copy of this email
to the State Rep Jim Guest to be assured that something is to done about this
matter. If there are any questions as to the validity of what I am stating in this
email to your dept your are to call the State Rep. Jim Guest. As to this report to
your dept I have also been instructed by the Washington Field office of the FBI to
report this to your dept, it too is below.

    Mr. Walbert,

I'm not sure what happened that night. Getting a PFS sounds like the right course to
prevent further harassment.

Are there any report numbers involved?

Officer George Birdwell #1981
Wichita Police Department
Community Policing
Patrol West
661 N. Elder
Wichita, KS 67212
316-337-9400
FAX 316-337-9470

jimi letter 1

gbirdwell@wichita.gov

Here is another email from the Officer Birdwell

Mr. Walbert,

Please send me the WPD case numbers and any future case numbers that you make.


Thanks


Officer George Birdwell #1981
Wichita Police Department
Community Policing
Patrol West
661 N. Elder
Wichita, KS 67212
316-337-9400
FAX 316-337-9470
gbirdwell@wichita.gov


This is from officer Birdwell also
Mr. Walbert,


I had received your previous emails but didn't get a reply on the one I sent. As I
have no doubt that  non-lethal weapons can be used, we as police operate as to what
probable cause or reasonable suspicion exists to believe that a crime is taking
place. You state that there is proof that this is happening at Morgan's Landing and
in the previous email you stated that this was being used on others. Could you
please elaborate as to how this is being done?  Below is the previous email that I
had sent.

Thank you


Mr. Walbert,


Thank you for the email and I will be looking into the matter.

I have a few questions…

What equipment have you observed that he is using?

What indication do you have that he is using this on others?

You mentioned that you have had large vehicles with antennas pointed toward you. Are
these vehicles in the apartment parking lot?

jimi letter 1
Let me encourage you that if you see these to call 911 so that we can have the
vehicles and occupants identified.


As I mentioned, I will be looking into this and will get back to next week.


Officer George Birdwell #1981
Wichita Police Department
Community Policing
Patrol West
661 N. Elder
Wichita, KS 67212
316-337-9400
FAX 316-337-9470
gbirdwell@wichita.gov


Officer George Birdwell #1981
Wichita Police Department
Community Policing
Patrol West
661 N. Elder
Wichita, KS 67212
316-337-9400
FAX 316-337-9470
gbirdwell@wichita.gov


        Here are the letter's from the Washington FBI


After reviewing your letter, it has been determined that it does not meet FBI
investigational standards. However, if you require further assistance please contact
the local FBI Field Office in/near your state.

FBI-Washington Field Office

601 4th Street, NW

Washington, DC 20535

(202) 278-2000

    Here is another email From the FBI Stating to report this crime to your dept.
    ----- Forwarded Message ----
From: WFO MAIL <>
To: james walbert <inventor0207@yahoo.com>
Sent: Monday, October 8, 2007 7:43:21 PM
Subject: RE: ATTN duty officer and special agent of field office


Contact your local police department to report this crime.  If you have specific
questions regarding police response in this matter you can also contact your local
FBI field office in Kansas via telephone.  Thank you for your time.

jimi letter 1

Federal Bureau of Investigation
Washington Field Office
Washington.field@ic.fbi.gov
(202) 278-2000

    I  am making a report of a federal crime just as I were told to by the State
Rep Jim Guest. I have in this email the proof of a person that has Illegally planted
an implantible object into my body for the purpose of tracking me and extraction of
the private information of myself. As to the fact of this Veri-chip style of bio
chip they are also using a radio telemtric tracking device.
    I have proof of this device and the use of it also. I have hired my own
private detective which he has also stated this is a revenge for hire plot against
myself. The facts are that this is a federal crime of my privacy being violated as
well as my home and my life. With this device they are able to effect my nervous
system. Below are letters from doctors describing this implant in me, thus would be
the reason for this crime report to your dept. As to the letters from the State Rep
they too are below also.

Repsectfully ,James Walbert
                330 s Tyler 605
                Wichita, Ks 67209

                316-737-7791
                316-250-0884

                              CMEAD-CONSULTING
               Interpersonal Relationship and Crisis Consultations

                             1214 Cavalaire Ct.

                             Merced, CA 95348

                             (707) 720-7137

 WITH REGARDS TO JAMES WALBERT

   After speaking with James Walbert several times,

    I can't find any true evidence that he has any psychotic or delusional
disorders. He is friendly, out-going, self-supporting, and organized, in general.
His affect and presentation are normal. His story is that he became a victim of
covert harrassment and stalking because of an invention he put together that was
envied and coveted by another person.

jimi letter 1

It appears that James may be the victim of covert harrassment, stalking, and possible technological assaults, which is a growing problem in today's world of advanced technology. People may suffer covert harrassment and stalking for many reasons including reasons of vengeance, greed, jealousy, fear and envy, or for having different spiritual or political ideologies then the norm. Some few of these may have valid claims concerning the use of technological tracking devices actually implanted in the body, especially where money is concerned.

The techniques used against these targeted individuals are purposely designed to make the victim appear to have a mental disorder in order to invalidate any claims of wrong-doing against the perpetrators. It is a highly organized and multi-faceted attack that is used by many political and religious extremists, by corporations and businesses, and even by organized crime.

His reasons for the covert attack and the details he gives about the attack are in sync with what we know about gang-stalking and technological harrassment and for this reason I can't rule out his claims.

Cathy Meadows

M.A., Clinical Psychology

To Whom It May Concern

Mr Walbert, requested I write this letter I have seen him on many occasions. While his complaints have significant overtones of paranoia, he is not mentally ill. I am convinced he truly believes what he is saying. I have supported him from a medical point of view by having an open mind. I have not found any medical findings to support his claim. This may be that standard medlcal tests are not looking for what he is claiming. I am writing this letter to state that Mr. Walbert has no mental problems and sincerely believes ,what he is claiming. If more information is needed from a medical point of view, please let me know.

Sincerely,
Jacques D. Blackman, MD Eberly Farm Office
nwt/000292108/8542281 D: 08/27/2009 T: 08/27/2009 9:00 A
Patient CC
*James Walbert
APT 605 330 S TYLER
WICHITA, KS 67209
Signed Electronically by

jimi letter 1
Jacques D. Blackman, MD 0812712009
16:39


 Then I was referred to this Dr John Hall,

              Here are his statements  below as to the implanted area of my body.




   Mr. James Walbert

   July 18, 2009

   330 S.Tyler #605

   Wichita, KS 67209


Mr. Walbert contacted me through our mutual affiliation with mutual friends. While I
am not his family physician, I was asked by Mr. Walbert to review an MRI that he had
done of his cervical spine and upper trapezius muscles. The scan was sent to me via
U.S. mail to my office in San Antonio, Texas. It was formatted on a CD and read on a
Dell computer system by myself as well as another doctor in my office. I specialize
in anesthesiology and pain management and am well versed in reading these scans.

In my conversations with Mr. Walbert, before receiving the scan, he expressed a
concern with the possibility of there being some type of microchip in his body. In
all of our conversations he seemed appropriate, well oriented and extremely
knowledgeable of the technology in question. Before getting the scan done he was
seen by a private investigative agency in Florida. The William J. Taylor Agency
performed a frequency scan of the subject and viewed him with an infrared scope.
Then- findings suggested some type of electronic device in his right upper back
area. In medical terminology this area is called the right trapezius muscle. I'm
sure you have the agency's report which mentions the devices used in the scanning
procedure. As this is not my field of expertise, they are not mentioned in this
letter. The positive frequency scan prompted Mr. Walbert to have an MRI done of the
head, neck and upper back area. He asked me to read his MRI and related to me his
belief of being electronically stalked and harassed.

His MRI is remarkable for C5-6 neuroforaminal stenosis and a foreign body in the
right trapezius muscle. The foreign body is capsular in shape and appears on only
one cross-sectional view of his MRI. Also noted is some subcutaneous fascial
disruption over the foreign body. My impression is that the foreign body is
consistent in shape and form with implantable chips used by veterinarians. The
Page 6

jimi letter 1

fascial disruption would be consistent with the large bore device used to inject these implantable chips. My recommendation to Mr. Walbert was to have an ultrasound with needle localization performed and have the chip, if indeed that is the foreign body, removed. Needle localization is a method of identifying small objects or calcifications for removal by a surgeon. This method is most often used in identifying early breast lesions for surgical biopsy after a positivemammogram.

In closing, I have no reason to doubt Mr. Walbert's claims. His frequency scans are indeed associated with a foreign body that has the appearance of some type of implantable microchip. One particular company, Verichip, Bion-Tronic's makes an implantable chip that is no larger than a grain of rice. A chip this size would be easily missed on an MRI scan. Mr. Walbert was fortunate that the foreign body showed up on one cross-sectional view of his MRI. The Verichip Corporation recommends X-ray for locating their chips. However, if one were implanted surreptitiously, a person would have to ascertain what area of the body to X-ray. It is my opinion that frequency scanning followed by either X-ray or ultrasound of the suspected area would be the most feasible and cost effective way to locate covertly placed chips. Mr. Walbert's CD containing his MRI scan was returned to him with this letter.

Thank You

Dr. John Hall

16111 San Pedro #109

San Antonio,Texas   78232

210-545-7000

The investigators reading that are indicative to the implated area and the said devices for this tracking to occurrr at.

(Encapsulated Type of Tracking unit)

A unit much like this is used to remotely stimulate the human nervous system. The frequency is close to this telemetric reading. It is proposed that the areas cover 200-300 MHz for the Bio telemetric manipulation of the human nervous system as is stated in the above information in the beginning of the introduction to this claim. Tracking as stated above is at the 800-900 MHz range.

November 21, 2008

jimi letter 1

To whom it may concern,

The undersigned is a licensed Private Investigator, licensed in the state of Florida and the state of Connecticut. The undersigned is not an expert in electronics nor an electrical engineer certified to conduct these issues. The undersigned has however been successfully locating and identifying electronic devices that are designed to eavesdrop on individuals and harass for numerous known and unknown reasons for over forty years. References are available upon request.

On or about 1500 on January 6, 2008, the undersigned met with and interviewed Mr. James Walbert of Wichita, Kansas. Mr. Walbert related to the undersigned that he believed he had been subjected to various forms of electronic surveillance and electronic harassment by persons known or unknown to him, for reasons known or unknown to him. (I shall not violate Mr. Walbert's confidence by memorializing his suspicions in this report as Mr. Walbert is involved in a legal matter relating to this harassment.)

During the course of the afternoon of the 6th of January 2008, the undersigned tested Mr. Walbert's person for radiation using a JM-20PRO, 1MHz.-3GHz. Portable R.F Detector and a JM-20F RF Finder Bar Graph Display RF Frequency Detector.

The undersigned found that the JM-20PRO detected a low signal coming from Mr. Walbert's right upper back area of his person. Upon scanning Mr. Walbert with the JM-20F the undersigned found a low bandwidth signal of a fairly steady 288MHz. (A background signal of the area was 800 to 900MHz.)

It is also worthy of mention that while viewing Mr. Walbert through a Bushnell 26 4202G Night Vision Infrared Viewer there was a very definite visual distortion of light on Mr. Walbert's back area.

These tests and results were witnessed by a credible third party with the permission of Mr. Walbert.

Respectfully, William Johnstone Taylor, LPI

A letter from the investigator of this crime against myself explaining to my children the nature of this crime.

Dear Nick,
I am sorry I cannot write to you directly, (Professional ethics-If your e-mail address reflects your age at 16). However. I can write this to you VIA your Dad should he see fit to share it with you.

I am a licensed Private Investigator. I am a former federal agent and have been in this field for about 40 years. I specialize in civil and human rights matters. Some of my more notable cases that I investigated are "The Karen Silkwood Death, The Atlanta Missing and Murdered Children Case, The Greensboro Murders, The Iran-Contra Case", and many others you could Google.

Your Dad is a victim of numerous conspiracies that are all too common these days in

jimi letter 1
the civilized world. Many of these victims are chosen because they have something
someone else wants or revenge for a past action or in-action. Some are victimized
for experimental reasons by governments or companies for defense contracting
efforts. Your Dad, I believe is being victimized for both revenge and profit. If
certain individuals were to force him to give up his fight, they may profit from his
hard work and persistence.

I cannot reveal much more then this as this matter will be submitted to a court
action very soon and I would not want the culprits to be able to avoid our element
of surprise.

All the best,

William Johnstone Taylor, LPI

> Date: Sat, 30 May 2009 03:35:12 -0700
> From: inventor0207@yahoo.com
> Subject: Hey bill important
> To: wjta001@hotmail.com
>
>
> I know I have asked alot from you and you have been a great deal of help. My kids
have called wanting understand what is going on. If you could will please send them
an email explaining to them that's this really happening?
> Kojackkhris@yahoo.com
> Nickwalbert16@yahoo.com
> I thank you For this so much!!
>
> Sent from my iPhone


> Respectfully, James Walbert

--------------------------------------------------------------------------------

1 Image | View Image | Download Selected | Download All

Exhibit G

FBI-washington Field Office

601 4th Street, NW

washington, DC 20535

(202) 278-2000

    Here is another email from the FBI Stating to report this crime to your dept.
    ----- Forwarded Message ----
From: WFO MAIL <>
To: james walbert <inventor0207@yahoo.com>
Sent: Monday, October 8, 2007 7:43:21 PM
Subject: RE: ATTN duty officer and special agent of field office

Contact your local police department to report this crime.  If you have specific
questions regarding police response in this matter you can also contact your loca
FBI field office in Kansas via telephone.  Thank you for your time.