United States District Court
District of Kansas

James R.Walbert

                                      Plaintiff

                                      Civil Action 10-1234-EFM-GLR

Wichita Police Dept.

                                      Defendant

## Plaintiff's Response To Motion To Dismiss

1) Plaintiff's response to Defendants claims of the WPD not a legal entity subjected to suit. Plaintiff will site case # 07-1354-MLR. Price vs Wichita Police Dept. in Which case clearly proves to the courts the irresponsibility of Defendants proper training and abusive tactics of their duty.
2) Plaintiff's response to Defendants claims of Plaintiffs' failure of Civil Rule K.S.A. 12-105b. Plaintiff has made available to Defendants copies of this notice sent to Defendants on 1-7-09. Exhibit A, filed with the courts of United States District of Kansas in Plaintiffs Motion To Proceed. As filed with the courts as well as Defendants on the 1 of Nov 2010.

## Conclusion

Plaintiff's assertions of the listed above will show failure of the Defendant to Substantiate Defendants' "Motion To Dismiss" claim. Plaintiff prays of the court for the Plaintiffs Claims to be granted. Plaintiff moves for Summary Judgment. Plaintiff seeks compensatory damages under the

FTCA for but not limited to Medical Damages Please see Exhibit A, Intellectual Property Damages please see exhibit B, as well as pain and suffering, loss of enjoyment of life, emotional distress, anger, frustration all of which are continuing in nature.

Respectfully Submitted
Tuesday November 22, 2010

Plaintiff James R. Walbert
330 S. Tyler 605
Wichita Ks, 67209

Case 6:10-cv-01234-MLB-KMH   Document 19   Filed 11/23/10   Page 4 of 4