

"CAN-KLEEN" KEEPS LID PROTECTED AND CLEAN

PULL TAB

TOP VIEW

2 1/16"

PERFORATED EDGES

VACUUM SEALED, PROTECTING FROM ALL GERMS AND FILTH

EASY TEAR AWAY PERFORATED EDGE, TEAR AWAY CENTER, RIGHT TO LEFT

CAN

NOTE

INVENTION:   CLEAN CAN-KLEEN KAN

BY:   JAMES WALBERT

FILE:   665237

C.A.D.  BY:   FREDDY NG

**Invent-Tech**
The launchpad for new ideas

DATE:   10/26/04

THE CLEAN CAN-KLEEN KAN IS MADE OF BIODEGRADABLE MATERIALS.  IT CONSISTS OF A COVER WITH A PERFORATED TAB.  THE COVER KEEPS THE TOP OF THE CAN CLEAN.  TO USE, SIMPLY PULL THE TAB, OPEN THE CAN AND DRINK.



## UNITED STATES PATENT AND TRADEMARK OFFICE

UNITED STATES DEPARTMENT OF COMMERCE
United States Patent and Trademark Office
Address: COMMISSIONER FOR PATENTS
P.O. Box 1450
Alexandria, Virginia 22313-1450
www.uspto.gov

| APPL NO. | FILING OR 371 (c) DATE | ART UNIT | FIL FEE REC'D | ATTY.DOCKET NO | DRAWINGS | TOT CLMS | IND CLMS |
|---|---|---|---|---|---|---|---|
| 60/702,218 | 07/26/2005 | | 100 | | 1 | | |

James Robert Walbert
1378 Worthingtonwoods Blvd
Worthington, OH 43085

**CONFIRMATION NO. 1113**

**FILING RECEIPT**



*OC000000016729792*

Date Mailed: 08/10/2005

Receipt is acknowledged of this provisional Patent Application. It will not be examined for patentability and will become abandoned not later than twelve months after its filing date. Be sure to provide the U.S. APPLICATION NUMBER, FILING DATE, NAME OF APPLICANT, and TITLE OF INVENTION when inquiring about this application. Fees transmitted by check or draft are subject to collection. Please verify the accuracy of the data presented on this receipt. **If an error is noted on this Filing Receipt, please mail to the Commissioner for Patents P.O. Box 1450 Alexandria Va 22313-1450. Please provide a copy of this Filing Receipt with the changes noted thereon. If you received a "Notice to File Missing Parts" for this application, please submit any corrections to this Filing Receipt with your reply to the Notice. When the USPTO processes the reply to the Notice, the USPTO will generate another Filing Receipt incorporating the requested corrections (if appropriate).**

**Applicant(s)**

James Robert Walbert, Worthington, OH;

**Power of Attorney:** None

**If Required, Foreign Filing License Granted:** 08/08/2005

**The country code and number of your priority application, to be used for filing abroad under the Paris Convention, is US60/702,218**

**Projected Publication Date:** None, application is not eligible for pre-grant publication

**Non-Publication Request:** No

**Early Publication Request:** No

** SMALL ENTITY **

**Title**

Kleen-Kan

## PROTECTING YOUR INVENTION OUTSIDE THE UNITED STATES

Since the rights granted by a U.S. patent extend only throughout the territory of the United States and have no

## ASSIGNMENT OF RIGHTS

I, James Walbert, an individual of legal age whose mailing address is 1065snohomish ave, Worthington, Ohio 43085, for good and valuable cash consideration, the receipt and sufficiency of which is hereby acknowledged, do hereby grant, assign and convey to the individuals listed below (collectively, "Assignees"), an undivided Fifteen Percent (15%) interest in and to my invention for a Kleen Kan container closure as identified in United States Disclosure Document No. 563064, submitted September 15, 2004, and in and to the invention disclosed in the C.A.D. drawing dated 10/26/04, copies of which are attached hereto and made a part hereof, and in and to all future improvements to said invention, and in and to any domestic or foreign patent application filed on said invention or improvement, and in and to any patent issued on any said application throughout the world, and any continuation, continuation-in-part, reexamination or reissue thereof, and in and to all income or benefits of any kind received from the sale, licensing or other commercial use or development of said invention or patent rights, and in and to all rights of recovery and recoveries against any infringer. The undivided Fifteen Percent (15%) shall be further allocated to the listed individuals as follows:

Lane Smith and Susan Smith, jointly        7.5%
520 S. Pine
Pratt, KS 67124

Chris P. Branch and Dana Branch, jointly   2.5%
508 N. Stever
Ulysses, KS 67880

Kristen Smith & Gabriel Garza, jointly     2.5%
7752 N. College Circle, Apt. B
North Richland Hills, TX 76180

Shannon L. Neptune, individually           2.5%
7604 Terry Drive
North Richland Hills, TX 76180

I, James Walbert, hereby represent to Assignees that I have not previously granted to any other party any interest in said invention or patent rights that is inconsistent with the rights granted herein. Assignees of the rights granted herein shall not be required to incur any future cost or expense in return for, or in exercise of, the rights hereby granted without their express written permission.

KRISTA BEYKE
Notary Public, State of Ohio
My commission expires 01-17-2010

James Walbert

Date: 5-19-05

Sworn to me and subscribed by James Walbert on this 19 day of May 2005

Krista Beyke

DALLAS: 910000.10000: 1397985v1