October 20, 2010

Mr. James Walbert
330 S. Tyler # 605
Wichita, KS  67209                              **RE:  Sound Mental Heath**

TO WHOM IT MAY CONCERN:

This letter is to confirm that Mr. James Walbert is a patient of mine.  I have evaluated him and wrote a detailed Toxicological Dysfunction Analysis Report dated September 2, 2009 in reference to his industrial toxicological exposures.  The report is comprehensive and addresses Mr. Walbert's internal exposure to directed energy sensors, RDIF chip and other similar devices.   These materials are located within his internal body as stated in the report and were confirmed by other healthcare providers or physicians as referenced in my report.

Mr. Walbert has experienced neurological toxic pathological injuries to his body physically, enzymatically and possibly genetically from these devices, which have been documented by clinical biological monitoring tests.

During any clinical office visit, conversation (on the telephone) and/or through general medical correspondences in reference to his health and well-being, Mr. Walbert has been of sound mind and mental clarity.   In many cases of exposure to similar sensory devices like Mr. Walbert's exposure, they generate their own electromagnetic fields.  They stimulate various heat shock proteins (66, 70, 89) and further stimulate or inhibit acetylcholinesterase enzymes.  Many individuals will experience numerous neurological acute and chronic disorders.   These symptoms are toxicological in origin, which result in physiological dysfunction, disorder and the initiation of cellular promotion of disease.

If you should have any further questions or concerns that are related to Mr. James Walbert please feel free to contact me directly at 323-666-2599.  Please note: Integrative Health Systems, LLC and myself, will need to have written approval from  Mr.  Walbert and the specifics to be addressed in any discussion of his preventive toxicology and integrative medical file prior to any response to any question or concern.

Sincerely,
INTEGRATIVE HEALTH SYSTEMS, LLC



Dr. Hildegarde Staninger, RIET-1
Industrial Toxicologist/IH & Doctor of Integrative Medicine