

December 16, 2010

Mr. James Walbert
330 S. Tyler, #605
Wichita, Kansas 67209

Re: *Walbert v. Wichita Police Department*

Dear Mr. Walbert:

I have reviewed your offer to settle this case for $13,000,000.00. As the Wichita Police Department is not a legal entity, I am not in a position to offer any monetary sum to settle this matter.

Very truly yours,

Sharon L. Dickgrafe
Assistant City Attorney

SLD:cdh

**Department of Law**

Gary E. Rebenstorf, Director of Law and City Attorney
Sharon L. Dickgrafe, Assistant City Attorney

City Hall • 13th Floor • 455 North Main • Wichita, Kansas 67202-1635

T 316.268.4681   F 316.268.4335

www.wichitagov.org