Attachments B)-D)

B)  Sat, December 18, 2010 9:27:42 PM
Response to Settlement offer 10-1234-EFM-GLR
From: James Walbert <inventor0207@yahoo.com>
    View Contact

To:    Sharon Dickgrafe <SDickgrafe@wichita.gov>

Ms Dickgrafe,  > This is James walbert.>        > As stated in the last email to your offices on 12-17-2010 this so-called "offer" as you emailed to me does not comply wiht the ADR agreement or order. Therefore I am asking once again to make a "Good Faith" proposal no later than Monday evening, December 20, 2010 at midnight. >  If a good faith monetary offer is not made by that time I will have no choice but to file with the court a motion to enforce the earlier order and agreement and to seek sanctions against you for obstructing the process and disobedience to the order. As you know, I have complied with this provision of our Agreement and the orderof Judge Rushfelt.>  I will be awaiting a realistic settlement offer from you in response to the courts order and our agreement. Since the City agreed to pay $925,000 in the other case cited by you, I believe that you can make an offer that will help resolve this case.>  > Thank for your attention into this matter. > >      Respectfully, James Walbert>

B continued) Fri, December 17, 2010 7:06:42 PM
James Walbert Important
From: james walbert
    <inventor0207@yahoo.com>
    View Contact

To:    sdickgrafe@wichita.gov

Friday: December 17, 2010

Re: Documents Received

Dear Ms. Dickgrafe:

I am in receipt of your disclosure documents in the above lawsuit, which were received today. It was my understanding that all discovery was stayed for five months and that according to your own statement, disclosures were not "anticipated" (see Planning Conference Order, Section 5(d), plan for discovery). I believe that neither party to this lawsuit is currently under an obligation to make a presentment regarding disclosures; instead, we are both required to comply with the Court's order regarding settlement.

My understanding of Judge Rushfelt's order regarding Alternative Dispute Resolution (ADR) and our ADR agreement of October 18, 2010 which you signed, was that I should

submit my good faith settlement offer on or before November 18, 2010 . As you are aware, I am in compliance with this order.

My understanding of Judge Rushfelt's order and our agreement regarding ADR was that you were to submit your good faith settlement offer on or before December 18, 2010 , which is tomorrow. I am hopeful that you will be providing me with your good faith settlement offer no later than midnight, tomorrow.

Since today is the last business day of this week, I am concerned that your good faith settlement offer may not be forthcoming in a timely fashion. Can you advise me of your intention in this regard and the status of your good faith settlement offer.

Respectfully, James Walbert

C) Thank you for your response Ms. Dickgrafe. I appreciate your time in this matter.

Respectfully, James Walbert

On Dec 17, 2010, at 4:08 PM, "Dickgrafe, Sharon" <SDickgrafe@wichita.gov> wrote:

> My response has been mailed to you today.
>
> Sharon L. Dickgrafe
> Assistant City Attorney
> sdickgrafe@wichita.gov
>
> Disclaimer:  IMPORTANT/CONFIDENTIAL: This electronic mail message
> contains
> information from the Wichita City Attorney's Office, Department of Law,
> City Hall
> which is privileged, confidential, and exempt from disclosure under
> applicable law and intended only for the use of the addressee(s) named
> herein.
> If the reader of this message is not the intended recipient or an agent
> of the
> intended recipient, you are hereby notified that any dissemination,
> distribution,
> or copying of this communication is strictly prohibited. If you have
> received this
> communication in error, please notify the City Attorney's Office
> (316-268-4681)
> and delete the message completely from your computer system.
>
>
>
> -----Original Message-----
> From: James Walbert [mailto:inventor0207@yahoo.com]
> Sent: Friday, December 17, 2010 3:07 PM
> To: Judge Rushfelt; Dickgrafe, Sharon
> Subject: Lori Lopez
>
> Ms. Lopez
>  This is James walbert.

>
>     I am contacting you in regards to Ms Dickgrafe's filing of the
> scheduled planning conference.
>  According to this filed order she is due myself an Good Faith
> Proposal or a counter settlement offer by the 18 th of this month. Since
> this date falls on a weekend I would like to point out that the case has
> not been dismissed as I am still waiting for the Defendants counsel  to
> respond to this inquiry of the date in question. As the Defendants
> counsel has not replied to any inquiries that I have made about this
> concern. May we address this concern as soon as possible. Thank you for
> your attention into this matter.
>
> Respectfully, James Walbert

D) Fri, December 17, 2010 4:12:20 PM
Rule 26 disclosures
From: "Dickgrafe, Sharon" <SDickgrafe@wichita.gov>

    View Contact

To:    James Walbert <inventor0207@yahoo.com>

2 Files  Download All
Initial Disclosures Rule 26.docx.pdf (82KB); Notice of service of disclosure.pdf (58KB)

---

Here are the defendant's initial disclosures. <<Initial Disclosures Rule 26.docx.pdf>> <<Notice of service of disclosure.pdf>>
Sharon L. Dickgrafe
Assistant City Attorney
sdickgrafe@wichita.gov

Disclaimer:  IMPORTANT/CONFIDENTIAL: This electronic mail message contains
information from the Wichita City Attorney's Office, Department of Law, City Hall
which is privileged, confidential, and exempt from disclosure under
applicable law and intended only for the use of the addressee(s) named herein.
If the reader of this message is not the intended recipient or an agent of the
intended recipient, you are hereby notified that any dissemination, distribution,
or copying of this communication is strictly prohibited. If you have received this
communication in error, please notify the City Attorney's Office (316-268-4681)
and delete the message completely from your computer system.