FILED
U.S. DISTRICT COURT
DISTRICT OF KANSAS

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRCIT OF KANSAS

MAR -8   P3:01

CLERK, U.S. DISTRICT COURT
BY_____ DEPUTY CLERK
AT WICHITA, KS

James R. Walbert

                          Plaintiff

VS.

                          Civil Action 10-1234-EFM-GLR

City of Wichita, Kansas, The Wichita Police Department
And John Does 1-17 Whose true Identity is Unknown.

                          Defendants

# Motion To Compel,
## Plaintiffs Response To Defendants
## Response of Plaintiffs
## "Motion To Amend Complaint"

## Nature of Case

COMES NOW, the Plaintiff. As in the case of 10-1234-EFM-GLR, Plaintiff states the following filings and complaints against Defendants'. Plaintiff has filed with this said court the proceedings of case 10-1234-EFM-GLR. In the matter of Walbert Vs. City of Wichita, Wichita Police Dept. and John Does 1-17. Who's Identity is truly unknown.

1) In this filing, Plaintiff asserts that Defendants are Negligent, of Defendants own protocol to uphold the procedures and protocol of stated issued Order of Protection by and of the Sedgwick County, District 18 Courts, in the matter of case 10-DM-8647.

2) In which case, Plaintiff has proven to the courts, the Defendants of case 10-DM-8647, was and continues to be in the possession of such implemented equipment, and conduct of said criminal acts against Plaintiff, regardless of the Plaintiff's request of the Courts, in the matter of Defendants of case 10-DM-8647, ordered to be restrained of any use against Plaintiff.

3) As Plaintiff has stated of Defendants in the matter of case 10-1234-EFM-GLR, the actions and inactions of Defendants in the matter of 10-1234-EFM-GLR, have and continue to be the cause of further damages' sustained by Plaintiff. As are outlined in the "Motion To Amended Complaint" filing for case 10-1234-EFM-GLR, Of The Plaintiff With this said courts.

# Arguments and Authorities

Plaintiff is filing this "Motion to Compel" the courts for the granting of "Motion To Amend The Complaint" in the matter of 10-1234-EFM-GLR, Walbert Vs. City of Wichita Kansas, Wichita Police Dept and John Does 1-17 Who's True Identity is Truly Unknown.

1) Plaintiff has evidenced to the courts just causation as to the facts of the Defendants Negligence into the matter of case 08-DM-8647. Defendants failure to uphold Defendants own protocol and procedural application of Defendants obligation's under the color of law, has been shown to this court as, Negligent Discriminatory Acts of Defendants, which has lead to outlined Damages, Defamations', Intellectual Properties to become damaged, due to these Discriminatory Acts of the Defendants in the matter of 08-DM-8647. In response to these actions and inactions of the Defendants, Plaintiff has filed case 10-1234-EFM-GLR pursuant to filing of "Motion To Amend Complaint"

2) In the matter of Plaintiffs filing of "Motion To Amend Complaint" against Defendants on 12/22/10.

    a) Plaintiff continues to suffer such damages as outlined in the filing of "Motion To Amend Complaint", in the case 10-1234-EFM-GLR.

        1) In the Defendants filing of "Wichita Police Departments Response to Plaintiffs "Motion To Amend Complaint". Defendant's state's that, Plaintiffs Amended complaint will not withstand "Motion To Dismissal" filed of the Defendants with these courts. Defendants have filed a "Response of Wichita

Police Dept" of such "Motion To Amend The Complaint" by the Plaintiff, under these assumptions.

    a) Plaintiff will prove to the courts, Plaintiff is acting within the scope of any statutes of limitations as cited by Defendants counsel as failure.

        1) Plaintiff cites case filing of 08-DM-8647 is within the scope of any statutes of limitations outlined in the Defendants arguments. (Please see Exhibit) (A) (Attached)

        2) Plaintiff cites the Conversations between Plaintiff and Defendants in as such, of the criminal reports to Defendants. (Please see Exhibit) (B) (Attached)

        3) Plaintiff cites Instructions of FBI headquarters to file this "Criminal Complaint" with Defendants for the enforcement of such laws that have been broken. (Please see Exhibit) (C) (Attached)

        4) Plaintiff Cites Filing of "Denial of Rights" Legal form of claim with the City Of Wichita, Kansas. (Please see Exhibit) (D) (Attached)

For these reasons of compliance within the scope of said "Statutes of Limitations" Plaintiff seeks granting for the "Motion To Amend Complaint", to be granted.

    2) Plaintiff prays of the courts, for the consideration of such filed "Criminal Complaints" with Defendants of the Plaintiff, to be within a reasonable scope of expectation of the law, and the "Order's" of the Sedgwick County, District 18 Courts.

        a) These "Criminal Complaints" to the Defendants are within the scope of The Court Ordered, "Order of Protection" in which "Language" of

this, "Order of the Courts" is clear. Defendants are to Enforce such Order's of the Courts, as it is "So Ordered" (Please see Exhibit) (E) (Attached)

b) In the Plaintiffs "Request's of the Courts" it is clear to the courts, the scope of "reasonable expectation" to enforce such Orders of the Courts. As is outlined in "Request of Plaintiff's, to the courts". (Please see Exhibit) (F) (Attached)

c) Plaintiff cites' 14th Amendment "Equal Protection Act Clause" for the assertion of "Cause of Action" Pursuant to 42 U.S.C. 1983, in the failure of Defendants to uphold Defendants own protocol and Order's of Protection of the Courts in the "language" of 08-DM-8647. (Please refer back to Exhibit) (E), (F),

For the above mentioned, Plaintiff seeks the granting of "Motion To Amend Complaint", to be granted.

3) Furthermore into the matter of Defendants "Response to Plaintiffs' "Motion To Amend Complaint", Defendants claim, Plaintiff, fails to state "A cause of Action" in which Plaintiffs "First Amendments Rights'" were violated by Defendants.

a) Plaintiff will prove to the courts the allegation Of Plaintiffs " First Amendment Rights" being violated by Defendants actions and inactions.

1) While Plaintiff continues to report such allegations of the said "Criminal Report" to Defendants John Does 1-17, Plaintiff is aware that erroneous reports are being

taken, as well as defamatory statements by Defendants John Does 1-17 are being made. (Please see reports to John Does 1-17 Exhibit) (G) (Attached)

2) With this fact in consideration of what statements and erroneous criminal reports were being filed by Defendants John Does 1-17, Plaintiff feels that this action on behalf of Defendants John Does 1-17, directly affected Plaintiffs ability to get fair judgment or any application into to creditable report for investigation of "Criminal Complaint" of Plaintiff to Defendant for the direct violation of said order 08-DM-8647.

3) Plaintiff feels that with Discovery of the true facts of Defendants John Does 1-17. This will be proven of the courts.

4) Plaintiff will prove to the courts that these statements made and reports taken of Defendants John Does 1-17, simply by making a "Criminal Report" to the Defendants, has had a Defamatory effect on the Plaintiff as to reporting this violating criminal activity of Defendants in the case of 08-DM-8647. (Please Exhibit) (H) (Attached)

5) Plaintiff will prove to the courts, the Defendants actions and inactions by the misconstruing of the facts of the "Criminal Report" to the Defendants, allowing future reports of this "Criminal Activity" to not be taken seriously when reported as a "habitual offense" and direct violation of "Order of Protection" in the case of 08-DM-8647.

Due to these actions and inactions of the Defendants, As to the Defendants clear and blatant inability to take proper reporting procedure, Plaintiff seeks granting of the "Motion To Amend Complaint", be granted.

4) As well, stated in the Defendants filing of the "Response to Plaintiffs' "Motion To Amend Complaint" Defendants state the Plaintiffs "Motion To Amend Complaint", fails to cite a "Cause of Action" to "Cruel and Unusual", punishment.

     a) Plaintiff will prove to the courts, Defendants Negligent state as to the enforcement of the "Order of Protection", Defendants actions and inactions have caused this violation of the "Protection Order" to continue vigorously against the Plaintiff, causing, as well as allowing the Cruel and Unusual doings by the Defendants' of case 08-DM-8647. , To simply continue in their Intentional Malice against the Plaintiff with no regard to the "Order of Protection". Issued of the courts, with certain provisions outlining the "Nature" of the "Protection Order". (Please see Exhibit) (I)

     b) Plaintiff will prove to the courts, Plaintiff has a reasonable expectation of Defendant, to uphold the protocol of the Defendants own procedures and the said Enforcement of Issued "Order of Protection" of the courts. (Please see Exhibit) (J) (Attached)

     c) Plaintiff will also cite the 14th Amendment of the USC, under the "Equal Protection Act Claus" as a "Reasonable Expectation" of the Defendant to enforce the "Ordered",

"Order of Protection" demanded of the courts.

For these above-mentioned causes of action pursuant to the claim of, 42 U.S.C. 1983. As pursuant to Plaintiffs filing "Motion To Amend Complaint" Plaintiff prays' of the courts for the granting of "Motion to Amend Complaint" to be granted.

5) Further into Defendants " Response to Plaintiffs', "Motion To Amend Complaint". Defendants state, Plaintiffs' " Motion to Amend Complaint" fails to allege a "Cause of Action" Pursuant to 42 U.S.C. 1985.

    a) Plaintiff will prove to the courts the allegations Pursuant to 42 U.S.C.1985, are accounted for As filed in the "Motion to Amend Complaint".

        1) As is stated of Plaintiff in this writ, Plaintiff has outlined the Discriminatory Acts of Defendant in proper procedural steps of reporting of the "Criminal Complaint" of Plaintiff. Plaintiff feels that with the true discovery of reporting taken by Defendants John Does 1-17 this will be proven to the courts.

    b) Plaintiff feels that if Defendant had not made Such Defamations of Plaintiff while the taking of the "Criminal Complaint" the "Cause of Action" of Defendant John Does 1-17, may have been considerable, into an investigation of Plaintiffs' "Criminal Complaint" and or, future "Criminal Complaints" of the Plaintiff.

1) Due to these allegations of the Defendants John Does 1-17, reporting of the "Criminal Complaint" erroneously, A proxy effect has occurred in the manner of "Serious Consideration" of validated " Criminal Complaint" of Plaintiff, to simply become dismissed as a "Mental Aliment" causing these criminal acts only to further the violations of the "Court Ordered", "Order of Protection" to be enforced.

2) With the above-considerations' of Defendants improper procedural steps into filing and taking of correct " Criminal Complaint", of Plaintiffs' due to Defendants discriminatory acts towards the Plaintiffs state of well-being and or "Mental Health" Plaintiff feels this to be a "Cause of Action" pursuant to 42 U.S.C.1985

3) Further consideration of the courts of the Plaintiff. Plaintiff feels that while presenting the proper written documentation to Defendants John Doe 1-17, of cited "Mental Stability" of Plaintiff to Defendants, Plaintiff feels that Defendants simply dismissed any "Criminal Complaints" filed by Plaintiff, were not taken seriously, causing these Deprivations' to occur under 42 U.S.C. 1985 (Please see Exhibit) (K) (Attached)

4) Plaintiff feels that due to these actions and inactions of Defendants John Does 1-17, Plaintiff has suffered personal Injury, Intellectual Property Damages. Plaintiff seeks compensation for such damages. Pursuant to 42.U.S.C. 1985, as is claimed of the Plaintiff's Filing " Motion To Amend Complaint"

Furthermore, Plaintiff will seek a " Cause of Action" Pursuant to 42.U.S.C. 1985, under these discriminatory "Animus" actions by Defendants John Does 1-17, Plaintiff prays of the courts to consider of the filing of Exhibits (K) for this "Cause of Action" of Plaintiff.

Plaintiff asks of the court to consider the "Protection Order" of the courts, to be considered as "Reasonable Expectation" of Protection of the Defendant as outlined in Defendants own protocol, and of the "Court Ordered" "Order of Protection" outlined in the "language" of case 08-DM-8647, to also be Pursuant of 42. U.S.C. 1985.

For the above outlined actions and inactions of Defendants, Plaintiff seeks granting of "Motion To Amend Complaint", to be granted.

6) Defendant further states in "Response to Plaintiffs', "Motion To Amend Complaint". Defendants state, Plaintiffs' " Motion to Amend Complaint" fails to state a "Course of Action" Pursuant of 42 U.S.C. 1986.

      1) Plaintiff will prove to the courts the "Cause Of Action" Pursuant to 42 U.S.C 1986. Plaintiff asserts that "Reasonable Expectation" of Defendant to Enforce Order Of Protection, is not outside the scope of Defendants' obligation to uphold Defendants Own protocol, nor is it considered to be Outside the scope of Defendants ability to Enforce such Orders of the courts. According And citing of case 08-DM-8647.

      2) Due to this failure to uphold Defendants Own protocol, as well as direct Orders of the Courts, Plaintiff seeks" Cause of Action' Pursuant to 42. U.S.C. 1986, for the "Cause of Action" under 42.U.S.C 1985. To Be Pursuant by Plaintiff.

## Conclusion

In Conclusion, Plaintiff would like to point to the courts Fellow State's of the Untied States that have now Enacted Statutory Provisions, which directly assist types of

crimes Plaintiff has reported to Defendant, in Plaintiffs "Criminal Complaint". These are as follows;

a) In the matter of The State of Colorado under House Bill 07-1082,

b) In the matter of The State of North Dakota under Senate Bill 2415,

c) In the matter of The State of Oklahoma under Senate Bill 47& House Bill 2092-07

d) In the matter of The State of Missouri under House Bill 550,

e) In the matter of The State of Pennsylvania, Pennsylvania Bill,

f) In the matter of The State of Georgia under Senate Bill 235,

g) In the matter of The State of Wisconsin under Assembly Bill 290,

h) In the matter of The State of California under Senate Bill 362,

i) In the matter of The State of Virginia under Senate Bill 1046,

j) In the matter of The State of Tennessee under House Bill 2059,

k) In the matter of The State of Ohio under Senate Bill 349,

l) In the matter of The State of New Hampshire under House Bill 686,

m) In the matter of The State of Alaska under Senate Bill 293.

For these actions, of Fellow State's Legislations' Plaintiff, would pray for the courts consideration of Plaintiffs "Criminal Complaint" to Defendant, also be held within a "Reasonable Expectation" of Defendants ability to enforce such "Order of Protection" as is outlined in "Language" of case 08-DM-8647, Plaintiffs "Request of the Courts" to be upheld.

Which is, solely the, "Nature of Plaintiffs "Criminal Complaints" to Defendants, for the Enforcement of "Order of Protection" in the case of 10-DM-8647, as well as Plaintiff's complaint of Defendants, to uphold Defendants own protocol.

Plaintiff, further asserts upon the presentation of such proper "Medical Evaluation" Documentation of Plaintiffs claims of Defendants, for Case 08-DM-8647, are in direct violation of such Implemented "Order of Protection" Defendants of 10-1234-EFM-GLR, are not acting within any scope of " Reasonable Expectation" for the enforcement of "Order of Protection" and or any protocol of Defendants obligations under the "Color of Law", as is outlined and addressed in the "Motion To Amend Complaint"

For these actions and inactions of outlined Defendants for 10-1234-EFM-GLR, Plaintiff seeks "Motion To Amend Complaint" be granted, while asking of the courts to stand in Observation of Fellow States Legislations for the Introduction of "Implemented Laws" that are parallel of that, to the Plaintiffs "Criminal Complaint" to the Defendant of 10-1234-EFM-GLR, which in fact is "solely cause" of the Discriminatory Acts, Statements and Misconstrued Reporting, by Defendants, of

Plaintiffs "Criminal Complaint" of such acts being committed against Plaintiff, by Defendants of 08-DM-8647, This simple " Criminal Complaint" of Plaintiffs, to Defendants John Does 1-17, is solely, the cause of these above Discriminatory Acts of Defendant John Doe 1-17, to occur at.

Plaintiff would ask for the courts to stand in consideration of the following crimes against the following Plaintiffs in cited cases' below.

In the case of Dave Larson, case 1:10-cv1774-OWW-DLB. In the case, the Nature of this complaint is based as to the Plaintiff, of 10-1234-EFM-GLR "Criminal Complaint" to Defendant, such as, is the same "Criminal Activity" that is occurring at, while reporting "Criminal Complaint". To Defendants of 10-1234-EFM-GLR.

Plaintiff feels that this is well within the Scope of Defendants' ability to uphold and enforce such "Order of Protection" as is outlined in the "Request to the Courts" of Plaintiff, In the case of 08-DM-8647.

While making a claim of such "Criminal Complaint" to the Defendant, Plaintiff has "Reasonable Expectation" of Defendant, to uphold Defendants own protocol, and as to the "Order of Protection" concerning the "Criminal Acts" of the Defendants of case 08-DM-8647, as is the exact same "Criminal Acts" to the Defendants of above mentioned cases. (1:10-cv1774-OWW-DLB).

Plaintiff now asks of the courts to stand in consideration of the case of Bob Boyce. A fellow Inventor, such as is the Plaintiff in 10-1234-EFM-GLR, whom has and continues to suffer of the doings against himself by the Perpetrator of said crime, against Mr. Boyce. (Please see

Attached case cited of Bob Boyce). (Example given in attached information of the case of Bob Boyce). Article (1)

Plaintiff cites the above stated cases, in the efforts to show the consistency of this "Criminal Activity" to occur at, is enough concern for the above outlined Legislative acts of the above considerations of the courts, as "Enacted Statutory Provisions", of fellow States' in the efforts to curb such "Criminal Activity" to occur at.

Plaintiff, of 10-1234-EFM-GLR is as well, suffering the exact same "Criminal Actions" against his person daily. Thus would be the course of action to achieve an "Order of Protection" concerning this "Criminal Activity" by the Defendants of case 08-DM-8647. As is suggested of Defendants, John Doe 1-17. (Please see attached email conversation between Plaintiff and Defendants John Doe 1-17.) In which case, failure to enforce such "Order of Protection" is the Nature of this action being filed against named Defendants.

With the above-asked consideration and observations of these courts, Plaintiff feels that by simply reporting "Criminal Complaint" of Plaintiff, not to be out of line and or scope in as such of "Criminal Complaint" of Plaintiff to Defendants, for the above-cited Complaint of Defendants Discriminatory Acts, to occur at.

With the above asked consideration and observations of the courts, of Plaintiff.  Plaintiff, seeks "Motion To Amend Complaint" To be granted, under these outlined actions and inactions of Defendants, and the above asked considerations and observation's of the courts.

Respectfully Submitted on,
        By James R. Walbert (Plaintiff)

I swear under penalty of perjury that upon my own personal knowledge, the statements contained herein are true based upon information and belief.

Electronically Signed,
James Walbert

James Walbert

## JURY DEMAND

Plaintiff respectfully requests that this matter be tried to a jury.

## Certificate of Service

I certify that I have served a true and correct copy of the above document upon counsel for Defendant, Ms. S. Dickgrafe: SDickgrafe@wichita.gov on March 8th, 2011.

Electronically Signed,
James Walbert

And I have emailed a copy to Judge Rushfelt for filing with the Court as is instructed in such ADR orders; to Judge Rushfelt <ksd_rushfelt_chambers@ksd.uscourts.gov>