Exhibit (A)
Case Number 08-DM-8647,
Also cited as Exhibit (E)
Also cited as Exhibit (I)

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

James Walbert,
_____
Plaintiff,

vs.

Jerimiah Redford,
_____
Defendant.

2614 N Wedgewood
Wichita KS
_____
Defendant Address

FILED
APP DOCKET NO._____

Case No. 2008-DM-008649 DEC 30 A 10: 31

CLERK OF DISTRICT COURT
13TH JUDICIAL DISTRICT
SEDGWICK COUNTY, KANSAS
BY_____ COPY

03 DM 8647

## FINAL ORDER - PROTECTION FROM STALKING

INFORMATION ABOUT DEFENDANT:   Race: __White__   Sex: __M__

THIS FINAL ORDER SHALL EXPIRE AT MIDNIGHT ON **Wednesday, December 30, 2009** UNLESS EXTENDED OR MODIFIED BY THIS COURT.

On this date, **Tuesday, December 30, 2008**, plaintiff's petition for protective orders comes for consideration under the provisions of K.S.A. 60-31a01, et seq.

The plaintiff appears:  ☒ in person   ☒ and pro se
☐ by his/her attorney **Pro se**

The defendant appears:  ☒ not, but was duly served and is otherwise in default
☐ in person   ☐ and pro se
☐ by his/her attorney _____

WHEREAS, the plaintiff filed a verified petition for issuance of protective orders, and the cause has been heard after duly serving and notifying the defendant, and
☒ the plaintiff has proved the allegations of the abuse by the preponderance of the evidence;
☐ the parties have reached an agreement upon the issues before it.
Whereupon the Court adopts the agreement of the parties as to the order of Court as set forth below:

**IT IS THEREFORE BY THE COURT ORDERED:**

1. This final order of protection supersedes any temporary order previously entered by the Court and serves as notice of termination thereof.

2. The defendant shall not follow, harass, telephone, contact or otherwise communicate with the victim.

3. The defendant shall not abuse, molest, or interfere with the privacy rights of the victim, wherever the victim might be.

4. The defendant shall not enter upon or in the victim's residence or the immediate vicinity thereof.

5. Defendant shall pay costs.

Page 9

FILED

2008 NOV 25 PM 2 40

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS
18TH ...
SEDGWICK COU...

**COPY**

James Welbert

Plaintiff

vs.

Jerimiah Redford

Case No. 08DM8647

Defendant

## NOTICE OF HEARING AND
## TEMPORARY ORDERS OF PROTECTION FROM STALKING

To defendant (name):

Jerimiah Redford

You may appear in this Court as follows to give any evidence you may have why orders sought in the petition should not be granted.

Date: 12/11/2008

Time: 9:00 am

Place: JURY ROOM; 1ST FLOOR
SEDGWICK COUNTY COURTHOUSE
525 NORTH MAIN
WICHITA, KANSAS 67203

If you do not attend the hearing, final orders may be made against you. You have the right to appear and oppose the petition with or without an attorney.

**REASONABLE ACCOMMODATIONS WILL BE PROVIDED IN ACCORDANCE WITH THE AMERICANS WITH DISABILITY ACT.**

PS-2432

Page 10

**08DM8647**

TEMPORARY ORDERS OF PROTECTION FROM STALKING

**COPY**

INFORMATION ABOUT DEFENDANT. Race ____W____ Sex __M__

THIS TEMPORARY ORDER SHALL EXPIRE ON THE DATE SCHEDULED FOR HEARING UNLESS EXTENDED BY THE COURT.

On this date, __11-25-08__, plaintiff's petition for temporary orders of protection from stalking comes for consideration under the provisions of K.S.A. 60-31a01, et seq.

After considering the verified petition filed with the court by the plaintiff, the court finds that the plaintiff has established a *prima facie* case of stalking sufficient for the court to issue a temporary order of protection from stalking.

IT IS THEREFORE BY THE COURT ORDERED THAT:

1. The defendant shall not follow, harass, telephone, contact or otherwise communicate with the victim.

2. The defendant shall not abuse, molest, or interfere with the privacy rights of the victim, wherever the victim might be.

3. The defendant shall not enter upon or in the victim's residence or the immediate vicinity thereof.

4. Other: Shall not sent message, e-mail 3rd party contact, & no contact by any electronic means

5. CERTIFICATE OF COMPLIANCE WITH THE VIOLENCE AGAINST WOMEN ACT (VAWA): This Order meets all the requirements of the Violence Against Women Act, 18 U.S.C. 2265. This Court has jurisdiction of the parties and the subject matter; the defendant has been afforded notice and a timely opportunity to be heard as provided by the laws of Kansas. This Order is enforceable in all 50 states, the District of Columbia, all Indian tribal courts and all United States territories and shall be enforced as if it were an order of that jurisdiction pursuant to 18 U.S.C. 2265.

**THIS ORDER IS EFFECTIVE WHEN SIGNED BY THE JUDGE. LAW ENFORCEMENT OFFICIALS SHALL ENFORCE THE ORDER IMMEDIATELY UPON RECEIPT.**

PS-2422

Page 11

# 08DM8647

THE DEFENDANT IS HEREBY PUT ON NOTICE THAT VIOLATIONS OF THIS ORDER MAY CONSTITUTE STALKING AS PROVIDED IN K.S.A. 21-3438, AND AMENDMENTS THERETO, ASSAULT AS PROVIDED IN K.S.A. 21-3408, AND AMENDMENTS THERETO, BATTERY AS PROVIDED IN K.S.A. 21-3412, AND AMENDMENTS THERETO, CRIMINAL TRESPASS AS PROVIDED IN K.S.A. 21-3721(A)(1)(C), AND AMENDMENTS THERETO, AND VIOLATION OF A PROTECTIVE ORDER AS PROVIDED IN K.S.A. 21-3843 AND AMENDMENTS THERETO AND MAY RESULT IN PROSECUTION AND CONVICTION UNDER KANSAS CRIMINAL STATUTES.

**COPY**

VIOLATION OF THIS ORDER MAY ALSO BE PUNISHABLE AS A CONTEMPT OF THIS COURT.

IT IS SO ORDERED.

_____
JUDGE OF THE DISTRICT COURT

*OK to file w/o a temporary order.*
*Set for hearing*

*[signature]*
11-25-08

Certificate of Clerk of the District Court. The above is a true and correct copy of the original instrument which is on file in my office.
25 NOV 08
SEDGWICK COUNTY, KANSAS

6.  ☐ (CHECK IF APPLICABLE) Defendant shall pay the following plaintiff's attorney fees:

    _____
    _____

7.  ☐ OTHER ORDERS:

    _____
    _____
    _____
    _____

8.  CERTIFICATE OF COMPLIANCE WITH THE VIOLENCE AGAINST WOMEN ACT (VAWA): This Order meets all the requirements of the Violence Against Women Act, 18 U.S.C. 2265. This Court has jurisdiction of the parties and the subject matter; the defendant has been afforded notice and a timely opportunity to be heard as provided by the laws of Kansas. This Order is enforceable in all 50 states, the District of Columbia, all Indian tribal courts and all United States territories and shall be enforced as if it were an order of that jurisdiction pursuant to 18 U.S.C. 2265.

**THIS ORDER IS EFFECTIVE WHEN SIGNED BY THE JUDGE. LAW ENFORCEMENT OFFICIALS SHALL ENFORCE THE ORDER IMMEDIATELY UPON RECEIPT.**

**THE DEFENDANT IS HEREBY PUT ON NOTICE THAT VIOLATIONS OF THIS ORDER MAY CONSTITUTE STALKING AS PROVIDED IN K.S.A. 21-3438, AND AMENDMENTS THERETO, ASSAULT AS PROVIDED IN K.S.A. 21-3408, AND AMENDMENTS THERETO, BATTERY AS PROVIDED IN K.S.A. 21-3412, AND AMENDMENTS THERETO, CRIMINAL TRESPASS AS PROVIDED IN K.S.A. 21-3721(a)(1)(C), AND AMENDMENTS THERETO, AND VIOLATION OF A PROTECTIVE ORDER AS PROVIDED IN K.S.A. 21-3843 AND AMENDMENTS THERETO AND MAY RESULT IN PROSECUTION AND CONVICTION UNDER KANSAS CRIMINAL STATUTES.**

**VIOLATION OF THIS ORDER MAY ALSO BE PUNISHABLE AS A CONTEMPT OF THIS COURT.**

IT IS SO ORDERED.

_____
JUDGE OF THE DISTRICT COURT

_____      X _____
Plaintiff's Attorney                    Plaintiff

_____      Defendant
Defendant's Attorney

(SEAL)

Page 5

FILED

2008 NOV 25 PM 2 39     6

IN THE DISTRICT COURT OF SEDGWICK COUNTY, KANSAS

James Walbert

18TH ... SEDGWICK ...   **COPY**

_____
            Plaintiff

BY **08DM8647**

vs.

Jerimiah Redford

Case No. _____

_____
            Defendant

### PETITION FOR PROTECTION FROM STALKING ORDER
(Pursuant to K.S.A. 60-31a01, et seq.)

1. My name is James Walbert, I live in the City of Wichita, in the County of Sedgewick, Kansas.

2. I am seeking protection for: (check all that apply)
   - ✓ myself
   - ___ my minor child (under age 18)
   - ___ a minor child who lives with me

3. The following minor children are involved in this matter: (give full names and ages)

| Name | DOB | Mother's Name | Father's Name |
|------|-----|---------------|---------------|
|      |     |               |               |
|      |     |               |               |
|      |     |               |               |
|      |     |               |               |
|      |     |               |               |

4. The defendant's name is ~~James~~ Jerimiah Redford (my inventor in matter)

5. I am seeking a protection from stalking order because the defendant has: (Briefly describe the specific facts about why you are seeking a protection from stalking order)

Stalked myself and family members with electronic + microwave device's proof of these accounts are documented

Page 6

**08DM8647**

Officer Birdwell of the WPD
and P.I William J. Taylor,
Are attached for reference of this

COPY

(FOR ADDITIONAL SPACE SEE ATTACHED SUPPLEMENT)

6. The defendant's conduct has caused me to feel: Stalked, the guy is straight creepy

7. The acts complained of occurred on these dates: from Jan 01 - currently

in the county of Sedgewick, Kansas.

8. The defendant can be found at (give all available address, if known)

HOME:   street: 2614 N Wedgewood
        city: Wichita   state: KS   zip code: 62213
        phone number:
        times when defendant is usually there:

WORK:   street:
        city:   state:   zip code:
        phone number:
        times when defendant is usually there:

OTHER:  street:
        city:   state:   zip code:
        phone number:
        times when defendant is usually there:

WHEREFORE, plaintiff requests that the Court issue an order of protection restraining defendant from:

☑ a) following, harassing, telephoning, contacting or otherwise communicating with the victim
☑ b) abusing, molesting or interfering with the privacy rights of the victim
☑ c) entering upon or in the victim's residence or the immediate vicinity thereof
☑ d) other: Any and all electronic form's of Harassment

Plaintiff further requests that copies of orders be given to the appropriate law enforcement agencies; that a date, time and place for a hearing on this matter be set; and that summons be issued to defendant, notifying the defendant of this action and the relief requested.

Page 7

08DM8647

COPY

Plaintiff further requests that upon hearing of this cause, the Court issue a final order of protection from stalking, enjoining defendant from any acts of stalking against the plaintiff, the minor child, and that the Court award to plaintiff the following additional relief:

☑ a) attorney's fees, if represented by counsel; and costs

☑ b) other, please specify: _Any and all Damage's Caused By Defendant_

and for other and further relief, all as appropriate and as the Court deems necessary.

_____
Plaintiff's signature

(If attorney represents the plaintiff the attorney's address and phone number must be provided.)

_____
_____
_____

**VERIFICATION**

STATE OF KANSAS )
                 ) ss:
COUNTY OF __SG__ )

I, _James Walbert_, of lawful age, being first duly sworn states that (she/he) is the plaintiff in the above action; that (she/he) has read the foregoing Petition and knows the contents of it and that the declarations in it are true and correct to the best of plaintiff's knowledge and belief.

_____
Plaintiff's signature

SIGNED AND SWORN to (or affirmed) before me on this __25th__ day of __Nov__, __2008__.

_____
Clerk of the District Court / Notary Public

(SEAL)

My Appointment Expires:

_____

08-2453

Page 8

08DM8647

COPY

## SUPPLEMENT TO QUESTION 5

Please see All attached Request from Attorney's and the Dept of Defense proving that the said device's are real and are Being used detection of this is provided Por William J. Taylor Agencies



08DM8647

COPY

**JAMES O. GUEST**
STATE REPRESENTATIVE
DISTRICT ADDRESS

P.O. BOX 412
KING CITY, MO 64463

Tele: 660-535-6664

To Whom It May Concern:

   I have worked for 3 years with Microwave and Electronic Harassment victims throughout the US and overseas. It is hard for others to understand the technology that is being used to destroy people's lives. I know James because he contacted me for help. James has worked to find proof of what has happened to him.
   Many victims try hard to get help from professional doctors to help find devices such as Veri-Chip. I would request that you and those who can make a difference would help James and others to find answers.


*Jim Guest*
57 District State Representative



08DM8647

COPY



October 10, 2007

Dear Member of the Legislature and Friends:

This letter is to ask for your help for the many constituents in our country who are being affected unjustly by electronic weapons torture and covert harassment groups. Serious privacy rights violations and physical injuries have been caused by the activities of these groups and their use of so-called non-lethal weapons on men, women, and even children.

I am asking you to play a role in helping these victims and also stopping the massive movement in the use of Veri-chip and RFID technologies in tracking Americans.

Long before Veri-chip was known we were testing these devices on Americans, many without their knowledge or consent.

With the new revelations of the cancer risk besides the privacy and human rights problems with the use of Veri-chip and RF signals,

I am asking for your help in stopping these abuses and aiding those already affected.

Sincerely,
Rep. Jim Guest
District Office: 660-535-6664
Capitol Office: 573-751-0246

08DM8647

COPY

To the courts of Sedgwick County Kansas.

I James Walbert am filing with the courts of Sedgwick County of Kansas.

For a protection from Stalking under these request's. That any and all parties that related Jeremiah Redford of 2614 N. Wedgewood be restrained from using these listed devices for stalking harassment and or bodily harm, eavesdropping, electronic forms of harassment and stalking. As I have retained an attorney for this matter and an investigator that has provided reading that are indicative to these weapons and or devices that are currently being used to perform the above achievements as they are intended to propagate the said doings to the human body and the human nervous system by way of electromagnetic and or said forms as listed in the attached documents that are provided to the courts. That these devices be withheld from being used upon my person and other persons that are related to myself and family. The documentation that is attached to this protection from stalking clearly provide the courts the means and the ways for this type of harassment and stalking.

This Request is per James R.Walbert

Of this said address of Wichita Ks

3607 west 13th st apt B-9

Wichita ks 67213

330 S.Tyler apt 605

Wichita,Ks 67209

Respectfully James Walbert