# Exhibit B
# Documents from Defendant to Plaintiff

Mr. Walbert,

I'm not sure what happened that night. Getting a PFS sounds like the right course to prevent further harassment.
Are there any report numbers involved?

Officer George Birdwell #1981
Wichita Police Department
Community Policing
Patrol West
661 N. Elder
Wichita, KS 67212
316-337-9400
FAX 316-337-9470
gbirdwell@wichita.gov <mailto:gbirdwell@wichita.gov>

Here is another email from the Officer Birdwell

Mr. Walbert,
Please send me the WPD case numbers and any future case numbers that you make.

Thanks

Officer George Birdwell #1981
Wichita Police Department
Community Policing
Patrol West
661 N. Elder
Wichita, KS 67212
316-337-9400
FAX 316-337-9470
gbirdwell@wichita.gov <mailto:gbirdwell@wichita.gov>

This is from officer Birdwell also
Mr. Walbert,

I had received your previous emails but didn't get a reply on the one I sent. As I have no doubt that non-lethal weapons can be used, we as police operate as to what probable cause or reasonable suspicion exists to believe that a crime is

taking place. You state that there is proof that this is happening at Morgan's Landing and in the previous email you stated that this was being used on others. Could you please elaborate as to how this is being done? Below is the previous email that I had sent.

Thank you


Mr. Walbert,

Thank you for the email and I will be looking into the matter.
I have a few questions...
What equipment have you observed that he is using?
What indication do you have that he is using this on others?
You mentioned that you have had large vehicles with antennas pointed toward you. Are these vehicles in the apartment parking lot?
Let me encourage you that if you see these to call 911 so that we can have the vehicles and occupants identified.

As I mentioned, I will be looking into this and will get back to next week.

Officer George Birdwell #1981
Wichita Police Department
Community Policing
Patrol West
661 N. Elder
Wichita, KS 67212
316-337-9400
FAX 316-337-9470
gbirdwell@wichita.gov <mailto:gbirdwell@wichita.gov>



Officer George Birdwell #1981
Wichita Police Department
Community Policing
Patrol West
661 N. Elder
Wichita, KS 67212
316-337-9400
FAX 316-337-9470
gbirdwell@wichita.gov <mailto:gbirdwell@wichita.gov>