# Exhibit C
# Documents from Washington FBI Headquarters to Plaintiff

----- Forwarded Message ----

From: WFO MAIL <>
to: James walbert <inventor0207@yahoo.com <mailto:inventor0207@yahoo.com> >
Sent: Monday, October 8, 2007 7:43:21 PM
Subject: RE: ATTN duty officer and special agent of field office

Contact your local police department to report this crime. If you have specific questions regarding police response in this matter you can also contact your local FBI field office in Kansas via telephone. Thank you for your time.


Federal Bureau of Investigation
Washington Field Office
Washington.field@ic.fbi.gov <mailto:Washington.field@ic.fbi.gov>
(202) 278-2000