Exhibit (F) Plaintiffs Request to the Courts in the matter of case number 08-DM-8647,

Also Cited as, Exhibit (J)

08DM8647

COPY

To the courts of Sedgwick County Kansas.

I James Walbert am filing with the courts of Sedgwick County of Kansas.

For a protection from Stalking under these request's. That any and all parties that related Jeremiah Redford of 2614 N. Wedgewood be restrained from using these listed devices for stalking harassment and or bodily harm, eavesdropping, electronic forms of harassment and stalking. As I have retained an attorney for this matter and an investigator that has provided reading that are indicative to these weapons and or devices that are currently being used to perform the above achievements as they are intended to propagate the said doings to the human body and the human nervous system by way of electromagnetic and or said forms as listed in the attached documents that are provided to the courts. That these devices be withheld from being used upon my person and other persons that are related to myself and family. The documentation that is attached to this protection from stalking clearly provide the courts the means and the ways for this type of harassment and stalking.

This Request is per James R.Walbert

Of this said address of Wichita Ks

3607 west 13th st apt B-9

Wichita ks 67213

330 S.Tyler apt 605

Wichita,Ks 67209

Respectfully James Walbert