# Exhibit G.
## Police Report Making of Defendants, John Does 1-17, City Of Wichita, Wichita Police Dept.

Plaintiff feels that with proper Discovery Implemented, the courts would discover a wealth of information concerning this "Discriminatory Acts" and "Treatment of Plaintiff ", due to the "Criminal Report" of Plaintiff to Defendant.

In the case of 08-DM-8647, Defendants, John Does 1-17, with this "Discriminatory Acts" allowed the "Misconstrued Report" taking to occur at, Defendant, clearly states that due to this uneducated opinion of this criminal matter against James Walbert, and the claims of this criminal matter, leaves him to defame the character of James Walbert, with Plaintiff only making a simple criminal report, for Investigation into the Violation of case 08-DM-8647.

Plaintiff feels that this "Reasonable Expectation" of Defendants, John Does 1-17, were well within the scope of Defendants abilities, as well as Defendants own Protocol, and within the scope of "Order of Protection" as is stated in case 08-DM-8647.

Due to the Defendants having all creditable criminal "evidenced articles" from Plaintiff to validate such claims, as are being made of Plaintiff in "Criminal Report", to Defendants listed, Plaintiff feels that "Criminal Report" had met the "Expectation of Investigation" of Defendants, as well as being well within the "Scope of Duty" of Defendants abilities, as

well as Defendants own Protocol, and within the scope of "Order of Protection" as is stated in case 08-DM-8647.

Thus, would be pursuit of case 10-1234-EFM-GLR, for such allegations against Plaintiff, and such "Discriminatory Acts", against Plaintiff to occur at.

Plaintiff feels that with such "Authority" figures making such Defaming Statements, on a "Criminal Report", would only lead to Further Negligence to occur at. Thus allowing Damages to be sustained by Plaintiff, as is outlined in the case of 10-1234-RFM-GLR "Motion to Amend"