## Exhibit H.

CD-ROM, City Detective; Lyle Otis C.O.W. District Attorneys Offices; Open conversation with Private Investigator, Melinda Kidder of Columbia Investigators of Columbia Mo. Hired by Plaintiff

In this conversation Mr. Otis (City of Wichita Investigator) clearly states that due to his uneducated opinion of this criminal matter against James Walbert, and the claims of this criminal matter, leaves him to defame the character of James Walbert, with Plaintiff only making a simple criminal report, for Investigation into the Violation of case 08-DM-8647.

Plaintiff feels that this "Reasonable Expectation" of Defendants, John Does 1-17, as well as, City Inspector Lyle Otis, were well within the scope of Defendants abilities, as well as Defendants own Protocol, and within the scope of "Order of Protection" as is stated in case 08-DM-8647.

Due to the Defendants having all creditable criminal "evidenced articles" from Plaintiff to validate such claims as are being made of Plaintiff in "Criminal Report" to Defendants listed, Plaintiff feels that "Criminal Report" had met the "Expectation of Investigation" of Defendants, as well as being well within the "Scope of Duty" of Defendants abilities, as well as Defendants own Protocol, and within the scope of "Order of Protection" as is stated in case 08-DM-8647.

Thus would be pursuit of case 10-1234-EFM-GLR, for such allegations against Plaintiff, and such Discriminatory Acts against Plaintiff to occur at. Plaintiff feels that with such "Authority" figures making such Defaming Statements on a "Criminal Report", would only lead to Further Negligence to occur at. Thus allowing Damages to be sustained by Plaintiff, as is outlined in the case of 10-1234-RFM-GLR