# Exhibit (K)
## In regards of James Walbert, Authored of Clinical Psychologist M.A. Cathy Meadows.

# CMEAD-CONSULTING
### Interpersonal Relationship and Crisis Consultations
1214 Cavalaire Ct.
Merced, CA 95348
(707) 720-7137

**WITH REGARDS TO JAMES WALBERT**

After speaking with James Walbert several times, I can't find any true evidence that he has any psychotic or delusional disorders. He is friendly, out-going, self-supporting, and organized, in general. His affect and presentation are normal. His story is that he became a victim of covert harassment and stalking because of an invention he put together that was envied and coveted by another person.

It appears that James may be the victim of covert harassments, stalking, and possible technological assaults, which is a growing problem in today's world of advanced technology. People may suffer covert harassment and stalking for many reasons including reasons of vengeance, greed, jealousy, fear and envy, or for having different spiritual or political ideologies then the norm. Some few of these may have valid claims concerning the use of technological tracking devices actually implanted in the body, especially where money is concerned.

The techniques used against these targeted individuals are purposely designed to make the victim appear to have a mental disorder in order to invalidate any claims of wrongdoing against the perpetrators. It is a highly organized and muti-faceted attack that is used by many political and religious extremists, by corporations and businesses, and even by organized crime.

His reasons for the covert attack and the details he gives about the attack are in sync with what we know about gang-stalking and technological harassment and for this reason I can't rule out his claims.

*Cathy Meadows*
**M.A., Clinical Psychology**