**First Regular Session**
**Sixty-sixth General Assembly**
**STATE OF COLORADO**

# INTRODUCED

LLS NO. 07-0206.01 Stephen Miller

**HOUSE BILL 07-1082**

### HOUSE SPONSORSHIP

Hodge,

### SENATE SPONSORSHIP

(None),

**House Committees**
Judiciary

**Senate Committees**

## A BILL FOR AN ACT

101  **CONCERNING A PROHIBITION ON REQUIRING AN INDIVIDUAL TO BE**
102       **IMPLANTED WITH A MICROCHIP.**

### Bill Summary

*(Note: This summary applies to this bill as introduced and does not necessarily reflect any amendments that may be subsequently adopted.)*

Makes it a class 3 misdemeanor for a person to require an individual to be implanted with a microchip. Specifies that each day of a continued violation shall constitute a separate offense.

1    *Be it enacted by the General Assembly of the State of Colorado:*

Shading denotes HOUSE amendment.   Double underlining denotes SENATE amendment.
*Capital letters indicate new material to be added to existing statute.*
*Dashes through the words indicate deletions from existing statute.*

1    **SECTION 1.**  Article 13 of title 18, Colorado Revised Statutes, is
2    amended BY THE ADDITION OF A NEW SECTION to read:
3    **18-13-130.  Required implantation of microchip in individual**
4    **prohibited.**  (1)  A PERSON MAY NOT REQUIRE AN INDIVIDUAL TO BE
5    IMPLANTED WITH A MICROCHIP.
6    (2)  A VIOLATION OF THIS SECTION IS A CLASS 3 MISDEMEANOR
7    PUNISHABLE AS PROVIDED IN SECTION 18-1.3-501.  EACH DAY IN WHICH A
8    PERSON VIOLATES THIS SECTION SHALL CONSTITUTE A SEPARATE OFFENSE.
9    **SECTION 2.  Effective date - applicability.**  (1)  This act shall
10   take effect September 1, 2007.
11   (2)  However, if a referendum petition is filed against this act or
12   an item, section, or part of this act during the 90-day period after final
13   adjournment of the general assembly that is allowed for submitting a
14   referendum petition pursuant to article V, section 1 (3) of the state
15   constitution, then the act, item, section, or part, shall not take effect unless
16   approved by the people at a biennial regular general election and shall
17   take effect on the date specified in subsection (1) or on the date of the
18   official declaration of the vote thereon by proclamation of the governor,
19   whichever is later.
20   (3) The provisions of this act shall apply to offenses committed on
21   or after the applicable effective date of this act.