70823.0200

Sixtieth  
Legislative Assembly **SENATE BILL NO. 2415**  
of North Dakota

Introduced by

    Senators Christmann, Dever, Heitkamp

    Representatives Grande, Wald

1   A BILL for an Act to create and enact a new section to chapter 12.1-15 of the North Dakota

2   Century Code, relating to implanted microchips in individuals; and to provide a penalty.

3   **BE IT ENACTED BY THE LEGISLATIVE ASSEMBLY OF NORTH DAKOTA:**

4       **SECTION 1.**  A new section to chapter 12.1-15 of the North Dakota Century Code is

5   created and enacted as follows:

6       **Implanting microchips prohibited.**  A person may not require that an individual have

7   inserted into that individual's body a microchip containing a radio frequency identification

8   device.  A violation of this section is a class A misdemeanor.