## As Introduced

**126th General Assembly**
**Regular Session**                                                      **S. B. No. 349**
**2005-2006**

**Senators Schuler, Amstutz, Cates, Clancy, Goodman, Jacobson, Miller, D., Miller, R., Mumper, Padgett, Spada, Zurz**

—

# A B I L L

| | |
|---|---|
| To enact section 4113.81 of the Revised Code to prohibit an employer from requiring an employee of the employer to insert into the employee's body a radio frequency identification tag. | 1<br>2<br>3<br>4 |

**BE IT ENACTED BY THE GENERAL ASSEMBLY OF THE STATE OF OHIO:**

| | |
|---|---|
| **Section 1.** That section 4113.81 of the Revised Code be enacted to read as follows: | 5<br>6 |
| **Sec. 4113.81.** No employer shall require an employee of the employer to have inserted into the employee's body a radio frequency identification tag. Any employer who violates this section shall be subject to a fine of not more than one hundred fifty dollars per violation. | 7<br>8<br>9<br>10<br>11 |
| As used in this section: | 12 |
| (A) "Radio frequency identification tags" mean a silicon chip containing an antenna that stores data and transmits that data to a wireless receiver. | 13<br>14<br>15 |
| (B) "Employer" means the state, any political subdivision of the state, or any person employing one or more individuals in the state. | 16<br>17<br>18 |