STATE OF OKLAHOMA

1st Session of the 51st Legislature (2007)

HOUSE BILL 2092               By: Tibbs

AS INTRODUCED

> An Act relating to crimes and punishments; prohibiting the required implanting of a microchip in an individual; providing penalty; providing for codification; and providing an effective date.

BE IT ENACTED BY THE PEOPLE OF THE STATE OF OKLAHOMA:

    SECTION 1.     NEW LAW     A new section of law to be codified in the Oklahoma Statutes as Section 1220.2 of Title 21, unless there is created a duplication in

numbering, reads as follows:

    A.  No person shall require an individual to undergo the implanting of a microchip.

    B.  Any person convicted of violating the provisions of this section shall be subject to a fine of not more than Ten Thousand Dollars ($10,000.00).  Each day of continued violation shall constitute a separate offense.

    SECTION 2.  This act shall become effective November 1, 2007.

51-1-5411     LRB    12/28/06