# 2010 SESSION

10104679D

| | |
|---|---|
| 1 | **HOUSE BILL NO. 53** |
| 2 | AMENDMENT IN THE NATURE OF A SUBSTITUTE |
| 3 | (Proposed by the House Committee for Courts of Justice |
| 4 | on February 3, 2010) |
| 5 | (Patron Prior to Substitute—Delegate Cole) |

6  *A BILL to amend the Code of Virginia by adding a section numbered 38.2-608.1 and by adding in*
7  *Article 1 of Chapter 3 of Title 40.1 a section numbered 40.1-28.7:4, relating to the unlawful*
8  *implantation of human tracking devices.*
9  **Be it enacted by the General Assembly of Virginia:**
10  **1. That the Code of Virginia is amended by adding a section numbered 38.2-608.1 and by adding**
11  **in Article 1 of Chapter 3 of Title 40.1 a section numbered 40.1-28.7:4 as follows:**
12  *§ 38.2-608.1. Unlawful implantation or use of human tracking devices by insurer.*
13  *A. As used in this section:*
14  *"Identification/tracking device or mark" means any item, application, device, marking, or other*
15  *technology capable of storing or passively or actively transmitting an individual's identity,*
16  *characteristics, status, group membership, travel history, or location, or capable of storing or*
17  *transmitting a number, symbol, signal, pattern, or other identifier that could be linked with any such*
18  *information.*
19  *"Track" means to locate, follow or monitor.*
20  *B. It is unlawful for an insurer to require his insured as a condition of obtaining insurance or*
21  *remaining insured, to have an identification/tracking device or mark implanted or permanently or*
22  *semi-permanently incorporated into the body, skin, teeth, hair, or nails of such person to track, or to aid*
23  *in tracking such person. A civil penalty of $500, payable to the Literary Fund, shall be imposed for*
24  *each violation of this section.*
25  *§ 40.1-28.7:4. Unlawful implantation or use of human tracking devices by employer.*
26  *A. As used in this section:*
27  *"Identification/tracking device or mark" means any item, application, device, marking, or other*
28  *technology capable of storing or passively or actively transmitting an individual's identity,*
29  *characteristics, status, group membership, travel history, or location, or capable of storing or*
30  *transmitting a number, symbol, signal, pattern, or other identifier that could be linked with any such*
31  *information.*
32  *"Track" means to locate, follow or monitor.*
33  *B. It is unlawful for an employer to require his employee as a condition of employment to have an*
34  *identification/tracking device or mark implanted or permanently or semi-permanently incorporated into*
35  *the body, skin, teeth, hair, or nails of such person to track, or to aid in tracking such person. A civil*
36  *penalty of $500, payable to the Literary Fund, shall be imposed for each violation of this section.*

2/11/10 16:37

HOUSE SUBSTITUTE

HB53H1