**2005 Assembly Bill 290**

Date of enactment: **May 30, 2006**
Date of publication*: **June 13, 2006**

# 2005 WISCONSIN ACT 482

AN ACT *to create* 146.25 of the statutes; **relating to:** prohibiting the required implanting of a microchip in an individual and providing a penalty.

*The people of the state of Wisconsin, represented in senate and assembly, do enact as follows:*

SECTION 1. 146.25 of the statutes is created to read:

**146.25 Required implanting of microchip prohibited. (1)** No person may require an individual to undergo the implanting of a microchip.

**(2)** Any person who violates sub. (1) may be required to forfeit not more than $10,000. Each day of continued violation constitutes a separate offense.

---

\* Section 991.11, WISCONSIN STATUTES 2003−04 : Effective date of acts. "Every act and every portion of an act enacted by the legislature over the governor's partial veto which does not expressly prescribe the time when it takes effect shall take effect on the day after its date of publication as designated" by the secretary of state [the date of publication may not be more than 10 working days after the date of enactment].